# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Michael Oliveras

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00688
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/8/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Oliveras,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 12/08/2021

*Issuing officer's signature*
2021.12.08 15:03:01 -05'00'

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/8/2021, and the person was arrested on *(date)* 12/09/2021
at *(city and state)* Marlton, New Jersey.

Date: 12/09/2021

*Arresting officer's signature*

TFO Lauren Laichi
*Printed name and title*