AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Michael Oliveras

*Defendant*

)
)
)
)
)
)
)

21-cr-738 (BAH)

Case: 1:21-mj-00688
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/8/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Michael Oliveras _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:     12/08/2021

2021.12.08
15:03:01 -05'00'

*Issuing officer's signature*

City and state:      Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/8/2021 , and the person was arrested on *(date)* 12/09/2021 at *(city and state)* Marlton, New Jersey . |

Date:  12/09/2021

*Arresting officer's signature*

TFO Lauren Carchi
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | **Case: 1:21-mj-00688** |
| | ) | **Assigned to: Judge Meriweather, Robin M.** |
| Michael Oliveras | ) | **Assign Date: 12/8/2021** |
| DOB: XXXXXX | ) | **Description: COMPLAINT W/ ARREST WARRANT** |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted  Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Lauren Laielli, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

2021.12.08
15:01:59 -05'00'

Date: ___12/08/2021___

_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:21-mj-00688
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/8/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

1.      Your affiant, Lauren Laielli, is a sworn law enforcement officer employed by the New Jersey Office of Homeland Security and Preparedness ("NJOHSP"). I have been a sworn law enforcement officer since February 2010. I am presently assigned full-time as a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") Philadelphia Joint Terrorism Task Force ("JTTF"), South Jersey Resident Agency. As an FBI TFO and member of the JTTF, I have been duly deputized as a federal law enforcement officer, which authorizes affiant to investigate violations of federal criminal law. As part of my duties, I investigate crimes involving domestic and international terrorism. Specifically, I have investigated persons and organizations whom advance violent rhetoric and action in furtherance of same. Often, these investigations are intertwined with criminal acts, such as vandalism, arson, desecration, and other dangerous destructive acts.. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a TFO, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

2.      The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

6.      Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

7.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

8.      On January 8, 2021, an anonymous complainant submitted an online tip to the FBI National Threat Operations Center regarding Parler user @Craftmetal. The tip stated in part, "This individual has been talking about overthrowing the government for weeks in public chat rooms pushing disinformation and talking about hanging and executing people repetitively..." and "He claims to have been in the Capitol Building on the 6th of January and has posted multiple disturbing videos which would seem to substantiate this statement. This person goes by the handle @craftmetal on Parler and other websites and social media..." This anonymous complainant attached screenshots of the subject account, one of which appeared to identify the owner of the account by name and phone number.which is partially redacted below.



#Metalist · @Craftmetal
6 hours ago · ⟨⟩ 272
usSignal
█████lOliveras
2673660435
usTelegram
ussame+craftmetel13
usCloutHub
uscraftmetal

⌊⌋ 3          ⟨⟩ 1          ⟨⟩ 3

**IMAGE ONE**

9.      A LexisNexis Accurint query for the telephone number ending in 0435 provided in the screenshot from the anonymous tipster yielded two results, including one for Oliveras's wife and one for Michael Oliveras with an address in Lindenwold, New Jersey, which matches the address listed for MICHAEL OLIVERAS on his New Jersey driver's license.

10.     As part of this investigation, the affiant has confirmed that MICHAEL OLIVERAS resides at the address from LexisNexis Accurint and matches the address listed on his driver's license, pays rent for his apartment, and has been observed there as recently as November 2021.

11.     According to records obtained through a search warrant served on Verizon on January 6, 2021, in and around the time of the incident, the cellphone associated with the number ending in 0435 was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol Building from approximately 2:33 p.m. to 2:39 p.m.  Additional legal process in March 2021 confirmed that the telephone number ending in 0435 is serviced on Verizon and MICHAEL OLIVERAS is the subscriber. The legal process confirmed the phone to be an iPhone SE 64GB, black. Returns from a federal search warrant from Apple, Inc. from July 27, 2021 show that MICHAEL OLIVERAS has an Apple ID, ending in numbers 4747 and with the address CEREBRALCC@ICLOUD.COM, connected to the phone number ending in 0435.

12.     Following the anonymous complaint, the FBI reviewed the subject Parler account. This review revealed a video that appears to have been taken from inside the U.S. Capitol Building during the riots on January 6, 2021, as well as the posting in IMAGE ONE, showing the contact information provided by the complainant. IMAGE ONE further indicates that the user uses encrypted electronic communications platforms, such as Telegram and Signal. Additional review showed the subject account posted on Parler on January 6, 2021, "I m inside the capital" (sic). DMV records for OLIVERAS contained a driver's license photo consistent with the photo provided by the tip identifying OLIVERAS at the Capitol. Law enforcement subsequently obtained records from the Parler account, as detailed above.

13.     On January 10, 2021 an identified complainant submitted a tip to the FBI which read in part as follows, "...One person I follow was at the riot on Wednesday. They posted multiple videos of inside the Capitol building and them harassing members of the press. The account that posted this is @Craftmetal on Parler..." On February 4, 2020, the FBI contacted the complainant who provided the FBI with a video the complainant had compiled. The video compilation consisted of "highlights" from various videos which the complainant claimed were live streamed on @Craftmetal's Parler account. This video compilation showed videos consistent with previously viewed videos from @Craftmetal's Parler account, which were videos of the inside of the Capitol building during the rioting on January 6, 2021.

14.     On January 10, 2021, an additional identified complainant submitted a tip to the FBI which read in part as follows, "This man (Michael Oliveras of New Jersey) has extensive videos throughout the day on his Parler account (@Craftmetal). One of these videos includes him and others in the House chanting 'whose house? Our house?!' (Link below) I first encountered him when he was inciting violence against counter-protestors at a 'Stop The Steal' rally at the Philadelphia Convention Center on 11/07/2020..." and "...Here is one direct link to a video he posted that was taken yesterday: https://video.parler.com/PW/hr/PWhrBxexrt7g_small.mp4".

15.     As part of this investigation, affiant reviewed returns from a federal search warrant for @Craftmetal Parler account.  Search warrant returns from Parler show this account was created on October 26, 2020 using the   telephone number ending in 0435 and email address oliverasmpc@hotmail.com. This telephone number has been confirmed to belong to MICHAEL OLIVERAS through legal process. This email address has been linked to MICHAEL OLIVERAS through open source means. Additionally, records obtained from Microsoft indicated the email

address contected to OLIVERAS's Parler account, Oliverasmpc@hotmail.com was registered to OLIVERAS.

16.     In one private chat found in the Parler return, OLIVERAS stated, "scroll my thread... I posted from dc....." Photos and videos from the Parler return show that OLIVERAS was live streaming from inside the Capitol. Because the live streaming was inside the U.S. Capitol on January 6, 2021, your affiant has probable cause to believe that OLIVERAS illegally entered and remained in the U.S. Capitol on January 6, 2021.

17.     One video from OLIVERAS's Parler account showed items believed to belong to the Press being thrown into a pile, while the video is narrated by the person filming, believed to be OLIVERAS, "That's what happens when the fucking fake news shows up at a Patriot rally". A screen shot from that video is below:



18.     Another video from OLIVERAS's Parler account, a screen shot of which is provided below, showed unknown individuals pushing to enter the Capitol building, while the video is narrated by the person filming, believed to be OLIVERAS stating, "Here we go. Here's the next rush. There's a push inside, with resistance".



19.    An additional video from OLIVERAS's Parler account shows unknown individuals inside the Capitol building, while the video is narrated by the person filming, believed to be OLIVERAS, "Where are the fucking traitors? Drag them out by the fucking hair! Where are the fucking traitors?".



20.     In another private chat from Parler, OLIVERAS stated on January 6, 2021 at approximately 1:11 a.m., to an unknown individual with the handle @WreckinBall who was a Parler user, "LeeetsFuuukinGoooooo!!!!".

21.     In another private chat from Parler, OLIVERAS stated on December 24, 2020, "I'll be back in DC 1/6/21".

22.     After reviewing CCTV footage from inside the United States Capitol Building, OLIVERAS was observed entering the Capitol Building. OLIVERAS was observed wearing a red sweatshirt with white wording "TRUMP" on the front of the sweatshirt, a red hat with white lettering on the front and what appears to be buttons attached to the side of the hat, black pants with a stripe down the side of the leg, black sneakers with white soles and a black backpack. OLIVERAS is also carrying an American flag attached to a flag pole.





23.     Additional video footage from OLIVERAS inside the Crypt of the Capitol Building appear to show OLIVERAS utilizing his cellular telephone to video inside the Capitol. A screenshot of which is below:



24.     Further, on January 6, 2021, OLIVERAS posted to Parler the following two posts:

"Sending messages and videos today was not even an option with
the service interruptions"
"This is like a Fukin joke, trying to post a video Ready to throw my
phone against something solid in nature."

25.     On August 4, 2021, photos of OLIVERAS inside the Capitol were shown to an
individual who has a limited professional relationship with OLIVERAS and has seen him in person
approximately five times. This individual was not able to identify OLIVERAS in the photos.

26.     On the same day, photos of OLIVERAS inside the Capitol were shown to an
individual who has known OLIVERAS for over twenty years and has a very personal relationship
with OLIVERAS. This individual identified OLIVERAS in three separate photos.

27.     Based on the foregoing, your affiant submits that there is probable cause to believe
that MICHAEL OLIVERAS violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to
(1) knowingly enter or remain in any restricted building or grounds without lawful authority; and
(2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business
or official functions, engage in disorderly or disruptive conduct in, or within such proximity to,
any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the
orderly conduct of Government business or official functions; or attempts or conspires to do so.
For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off,
or otherwise restricted area of a building or grounds where the President or other person protected

by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

28.     Your affiant submits there is also probable cause to believe that MICHAEL OLIVERAS violated 40 U.S.C. § 5104(e)(2)(D) and 40 (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Task Force Officer Lauren Laielli
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 8th day of December 2021.

2021.12.08
15:02:33 -05'00'

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                    **DATE:** December 9, 2021

**JUDGE MATTHEW J. SKAHILL, U.S.M.J.**

**COURT REPORTER:** Zoom

**OTHER:** Gary Pettiford, U.S. Pretrial Services

**TITLE OF CASE:**                    **DOCKET NO. 21-MJ-4036(MJS)**
UNITED STATES OF AMERICA
v.
MICHAEL OLIVERAS

### DEFENDANT PRESENT

**APPEARANCES:**
Diana Carrig, AUSA for Government
Thomas Young, AFPD for Defendant

**NATURE OF PROCEEDINGS:**    Rule 5 - Initial Appearance via Zoom
All parties consent to proceeding via Zoom videoconference.
Defendant advised of rights, charges and penalties.
Hearing on defendant's application for the appointment of counsel.
Financial affidavit executed on the record.
Ordered application granted.  Thomas Young, AFPD appointed counsel for defendant.
Defendant waives formal reading of Complaint.
Defendant waives Identity and Preliminary Hearings.
Order re: Rule5(f) read into the record.
Hearing on government's application for bail to be set.
Ordered application granted.
Ordered bail to be set at $10,000.00 unsecured appearance bond with conditions.
Ordered defendant to appear at the U.S.D.C.  District of Columbia on 12/16/2021 at 1:00 p.m.
Order Setting Conditions of Release to be entered.
Ordered defendant released after processing.


                              *s/Ryan Sanders*
                              **DEPUTY CLERK**


**TIME COMMENCED:** 12:52 p.m.    **TIME ADJOURNED:** 1:08 p.m.
**TOTAL TIME:** 16 minutes

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | | ORDER |
| | : | |
| VS. | | |
| | : | |
| MICHAEL OLIVERAS | | MAGISTRATE NO. 21-4036 (MJS) |
| | : | |

The financial ability of the defendant to retain counsel having been established by the
Court, and the defendant not having waived the appointment of counsel,

It is on this __9th__ day December, 2021

ORDERED that Richard Coughlin, Federal Public Defender (Thomas Young, AFPD) for
the District of New Jersey, is hereby appointed to represent said defendant in this cause until
further Order of the Court.

_____
MATTHEW J. SKAHILL
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                     Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   21-mj-4036 MJS |
| MICHAEL OLIVERAS | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   *as ordered for his next appearance*

*via Zoom with the Ct. in D.C.*

Place

on _____

Date and Time

If blank, defendant will be notified of next appearance. .

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____       _____
                                        Custodian                              Date

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   Pretrial Services Office                      ,
           telephone number _____ , no later than _____.
( ☑ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☑ )  (d)  surrender any passport to:   Pretrial Services
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Travel without pre-approval to District
           of NJ, Eastern Dist. of PA. Pre-approval to travel anywhere else in Continental U.S.
( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
           including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
           or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
           necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
           medical practitioner.
( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
           random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
           prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
           of prohibited substance screening or testing.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
           supervising officer.
( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
           ( ☐ )  (i)  Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                      directed by the pretrial services office or supervising officer; or
           ( ☐ )  (ii)  Home Detention. You are restricted to your residence at all times except for employment; education; religious services;
                      medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                      activities approved in advance by the pretrial services office or supervising officer; or
           ( ☐ )  (iii)  Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                      court appearances or other activities specifically approved by the court; or
           ( ☐ )  (iv)  Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However,
                      you must comply with the location or travel restrictions as imposed by the court.
                      Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                    Page __3__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

(☐) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
  (☐) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
  (☐) (ii)  Voice Recognition; or
  (☐) (iii) Radio Frequency; or
  (☐) (iv)  GPS.

(☐) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☑) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☑) (t)  _No travel rate to the District of Columbia unless for court, attorney visits or a pre-approved reason._

AO 199C (Rev. 09/08) Advice of Penalties                                      Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Lindenwold, NJ
_____
City and State

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____12/9/2021_____            _____
                                     Judicial Officer's Signature

                                     Matthew J. Skahill, U.S. Magistrate Judge
                                     _____
                                     Printed name and title

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   21-mj-4036 MJS |
| **MICHAEL OLIVERAS** | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Michael Oliveras _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ( X )   to appear for court proceedings;
- ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
- ( )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( )  (1)  This is a personal recognizance bond.

( X )  (2)  This is an unsecured bond of $   10,000.00 _____ .

( )  (3)  This is a secured bond of $ _____ , secured by:

   ( )  (a) $ _____ , in cash deposited with the court.

   ( )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 12/09/2021 ______________________ *Defendant's signature*

______________________ *Surety/property owner – printed name* ______________________ *Surety/property owner – signature and date*

______________________ *Surety/property owner – printed name* ______________________ *Surety/property owner – signature and date*

______________________ *Surety/property owner – printed name* ______________________ *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 12/09/2021 ______________________ *Signature of Clerk or Deputy Clerk*

Approved.

Date: 12/09/2021 ______________________ *Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Michael Oliveras )
)
_____Defendant_____ )

Case No. 21-mj-4036 (MJS)

Charging District:        District of Columbia
Charging District's Case No. 1:21-mj-00688

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: *As ORDERED ON THE RECORD* | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        12/09/2021

_____
Judge's signature

_____Honorable Matthew J. Skahill, U.S. Magistrate Judge_____
*Printed name and title*

Query    Reports    Utilities    Help    Log Out

CLOSED

## U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-04036-MJS-1

Case title: USA v. OLIVERAS

Date Filed: 12/09/2021

Date Terminated: 12/13/2021

Assigned to: Magistrate Judge Matthew
J. Skahill

### Defendant (1)

**MICHAEL OLIVERAS**
*TERMINATED: 12/13/2021*

represented by **THOMAS J. YOUNG**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
800-840 COOPER STREET
SUITE 350
CAMDEN, NJ 08101
(856) 757-5341
Email: thomas_young@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

18:1752.P TEMPORARY

### Disposition

### Disposition

### Disposition

RESIDENCE OF THE PRESIDENT

**Plaintiff**
**USA**

represented by **DIANA V. CARRIG**
OFFICE OF THE US ATTORNEY
US POST OFFICE BUILDING
401 MARKET STREET
4TH FLOOR
CAMDEN, NJ 08101
(856) 757-5026
Email: diana.carrig@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2021 | | Arrest (Rule 5) of MICHAEL OLIVERAS (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 1 | Rule 5 Documents Received as to MICHAEL OLIVERAS (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Matthew J. Skahill:Initial Appearance in Rule 5 Proceedings as to MICHAEL OLIVERAS held on 12/9/2021. All parties consent to proceeding via Zoom videoconference.Defendant advised of rights, charges and penalties.Hearing on defendant's application for the appointment of counsel.Financial affidavit executed on the record.Ordered application granted. Thomas Young, AFPD appointed counsel for defendant.Defendant waives formal reading of Complaint.Defendant waives Identity and Preliminary Hearings.Order re: Rule5 (f) read into the record.Hearing on government's application for bail to be set. Ordered application granted.Ordered bail to be set at $10,000.00 unsecured appearance bond with conditions.Ordered defendant to appear at the U.S.D.C. District of Columbia on 12/16/2021 at 1:00 p.m.Order Setting Conditions of Release to be entered.Ordered defendant released after processing. (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 3 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING as to MICHAEL OLIVERAS. Signed by Magistrate Judge Matthew J. Skahill on 12/9/2021. (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to MICHAEL OLIVERAS. THOMAS J. YOUNG for MICHAEL OLIVERAS appointed. Signed by Magistrate Judge Matthew J. Skahill on 12/9/2021. (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 6 | BRADY ORDER as to MICHAEL OLIVERAS. Signed by Magistrate Judge Matthew J. Skahill on 12/9/2021. (rss, ) (Entered: 12/09/2021) |

| 12/09/2021 | 7 | ORDER Setting Conditions of Release as to MICHAEL OLIVERAS (1) $10,000.00 (Finance notified). Signed by Magistrate Judge Matthew J. Skahill on 12/9/2021. (rss, ) (Entered: 12/09/2021) |
|---|---|---|
| 12/09/2021 | 8 | UNSECURED APPEARANCE BOND Entered as to MICHAEL OLIVERAS in amount of $ $10,000.00 (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 9 | ORDER TO APPEAR as to MICHAEL OLIVERAS. Signed by Magistrate Judge Matthew J. Skahill on 12/9/2021. (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 10 | ORDER TO CONTINUE - Ends of Justice as to MICHAEL OLIVERAS Time excluded from 12/9/2021 until 1/10/2022. Signed by Magistrate Judge Matthew J. Skahill on 12/9/2021. (rss, ) (Entered: 12/09/2021) |
| 12/09/2021 | 11 | Transfer Letter sent to U.S.D.C District of Columbia re: MICHAEL OLIVERAS (rss, ) (Entered: 12/09/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/21/2021 15:44:51 | | | |
| PACER Login: | hjack7777 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:21-mj-04036-MJS Start date: 1/1/1980 End date: 12/21/2021 |
| Billable Pages: | 2 | Cost: | 0.20 |
| Exempt flag: | Exempt | Exempt reason: | Always |