UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 1:21-cr-00738-BAH |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of a video exhibit in support of its Motion to Admit Evidence as Intrinsic Evidence or, in the Alternative, as "Other Acts" Evidence Pursuant to Federal Rule of Evidence 404(b). *See* ECF 32. A video exhibit has been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. The video exhibit will also be made available to the public consistent with Standing Order 21-28 issued by the Chief Judge on May 14, 2021 upon order of the Court. The exhibit is briefly identified and described below:

- Exhibit 1: Video interview of Defendant at rally in Philadelphia, Pennsylvania on November 7, 2020. (Video length: 1 minute, 10 seconds.)

.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC  20530
anthony.franks@usdoj.gov
(314) 539-3995

/s/ Victoria A. Sheets
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

/s/ Anthony L. Franks
Anthony L. Franks
Assistant United States Attorney