IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. No. 21-738 (BAH) |
| MICHAEL OLIVERAS, | : | JOINT PROPOSED AMENDMENT |
| Defendant. | | TO ADOPTED PRETRIAL MOTIONS DEADLINE |

The United States of America and Defendant Michael Oliveras agree to the following amendment to the Joint Proposed Motions Deadline and Trial Date Schedule, as adopted by this Court and entered by Minute Order on May 23, 2022, and discussed at the status videoconference held October 27, 2022:

(1) By November 4, 2022, the parties shall file any pretrial motions, including any motions *in limine*; with any opposition due by November 16, 2022; any replies due by November 22, 2022; and any sur-replies, with an accompanying motion for leave to file the same, by November 29;

(2) A Pretrial Statement must be filed by December 9, 2022; and

(3) All other dates set forth in the Schedule shall remain in force and effect.

Respectfully submitted,

*/s/ Lori M. Koch*
Lori M. Koch, Esq.
Assistant Federal Public Defender
Office of the Federal Defender
District of New Jersey
800 Cooper Street – Suite 350
Camden, New Jersey 08102
Email: Lori_Koch@fd.org
(609) 649-0292


*/s/ Anthony L. Franks*

Anthony L. Franks
Assistant United States Attorney
Bar. No. 50217MO
555 Fourth Street, N.W.
Washington, D.C. 20530
Anthony.Franks@usdoj.gov
(314) 539-3995