# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00738-BAH |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES REGARDING IDENTITY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, agree and stipulate to the following facts.   The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial.   Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The parties agree that on January 6, 2021, Michael Oliveras was in D.C., and on United States Capitol grounds and in the U.S. Capitol Building and wore a red hoodie with Trump logo, a red baseball cap with "Make America Great Again" logo, sunglasses with red and white stripes, a black backpack, blue pants, and carried an American flag.

The parties agree that the following photographs are fair and accurate depictions of Michael Oliveras inside and outside of the U.S. Capitol Building on January 6, 2021, and neither party objects to the foundation and authenticity of the files from which they were obtained.

Exhibit ___, file https://www.youtube.com/watch?v=YHMepIZf0OE&t=899)



Exhibit ___, file
https://archive.org/download/ugsecoGZZovFPMNnq/ugsecoGZZovFPMNnq.mpeg4)
at timecode: 0:01



Exhibit ___, file https://www.youtube.com/watch?v=MoBTO6NKuLY&t=1709 at timecode 28:29



Exhibit ___ ,file https://www.youtube.com/watch?v=Pcx4h-zevbI&t=5 at
timecode: 0:05



Exhibit ___, (file
https://web.archive.org/web/submit?url=https://video.parler.com/fQ/4i/fQ4iudBd3wIe.mp4 at
timecode: 0:03



Exhibit __ (file https://www.washingtonian.com/wp-content/uploads/2021/01/IMG_4476.jpeg)



Exhibit ___, file
https://archive.org/details/dvg6w9qmLtizjMc6T at timecode:
1:45



Exhibit ___ file
https://archive.org/details/7o4xLpDciNAzkJMNN at timecode: 1:44



Exhibit __, file
https://archive.org/details/reB5bKJqLN2t9Drhj at timecode: 1:47



Exhibit ___,file https://archive.reduxpictures.com/id/19.00273738)



Exhibit __, file https://www.dropbox.com/s/0ntod03nka61hoj/IMG_7094%202.h264.mp4?dl=0 at timecode: 1:22



Exhibit ___, file https://www.youtube.com/watch?v=F9Ru6wKDj-s&t=20 at timecode: 0:20



Exhibit ___ , file
https://archive.org/download/cxBcvdEiZHWpaxd5N/William_Turton_201_a_crow.mpeg4 at
timecode: 0:30



Exhibit ___, file https://archive.org/details/cqjWYZZb4jzNMiZY7)



Exhibit ___, file https://web.archive.org/web/submit?url=https://video.parler.com/Dz/Tb/DzTb5lFGVF6I.mp4
at timecode: 0:13)



Exhibit __, file https://archive.org/details/XG62exkPe6HxMnms9 timecode: 10:28



Exhibit __, file https://www.youtube.com/watch?v=wslA_vzlDbA&t=121 at timecode: 2:01



Exhibit ___, file https://archive.org/details/fBbcBf7RJDnNLFdva at timecode: 3:04



Exhibit ___, file  https://archive.org/details/2x8aT7WP3L9XLB8hS at timecode: 3:10



Exhibit __, file https://www.facebook.com/theo.hanson.9/videos/10215041648069374 at timecode: 0:04



Exhibit __, file https://archive.org/details/NufXMbHmDkEf5j7BC at timecode: 3:36)



Exhibit ___, file https://archive.org/details/fRsS3nPiM6jtbBJ3P at timecode: 5:50



Exhibit __, file https://archive.org/download/BfktZhWDCxTK3hPpj/GOPR0026.MP4 at
timecode: 2:58



Exhibit __, file https://www.dropbox.com/s/orbdoa25fcill1b/EMOLLI_MVI_2407.MP4?dl=0 at
timecode: 1:01



Exhibit ___, file
https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED/Content/Trump%20Wild%20Rally%20Washington%20D.C._%20Outside%20The%20Capitol%20Building%20%28Part%2006%29%20%28V-01%29%20%28January%206th%2C%202021%29.mp4 at timecode: 8:11



Exhibit ___, file
https://archive.org/download/HYpxQMBHbyRtT9DqJ/TRUMP_RALLY_DC_EIYzJT_MR.mpeg4
at timecode: 0:05



Exhibit ___, file
https://web.archive.org/web/submit?url=https://video.parler.com/M4/qA/M4qAK9MhEpEF.mp4 at
timecode: 2:27



Exhibit ___, file https://www.youtube.com/watch?v=nfC9uHFfOIE&t=433 at timecode: 7:13



Exhibit __, file https://www.instagram.com/p/CJxFKhxM05h/?utm_source=ig_web_copy_link)

Exhibit ___, file https://archive.org/download/FJCRBDK7ZJhYtnpX9/_twitter_Ford_Fischer_Pol.mpeg4, timecode: 0:07



Exhibit __, file https://archive.org/details/Ke3jdhZep8eJbiY7r at timecode: 19:00



Exhibit __, file https://www.flickr.com/photos/randallartphotos/50836018263/



Exhibit __, file
https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED
/Content/Save%20America%20Protesters%20Attempt%20Entrance%20into%20Washington%2
0DC%20Capitol.mp4 at timecode: 43:09



Exhibit ___ file
https://ia904506.us.archive.org/2/items/KJFFvbfx5pnAv3ST4/%E6%A9%9F%E5%8B%95%E9
%9A%8A%E3%81%AB%E3%82%88%E3%81%A3%E3%81%A6%E8%AD%B0%E4%BC%9A
%E3%81%8B%E3%82%89%E5%82%AC%E6%B6%99%E5%BC%BE%E7%AD%89%E3%82
%92%E4%BD%BF%E3%81%84%E6%8E%92%E9%99%A4%E3%81%95%E3%82%8C%E3%
81%9F%E6%B0%91%E8%A1%86.mpeg4 and timecode: 10:58



Exhibit __ file https://archive.org/details/Ke3jdhZep8eJbiY7r at timecode: 57:06



Exhibit __ file https://cap%20
Rally%20Washington%20DC%20The%20Death%20Of%20The%20Legacy%20Media%20Janu
ary%206th%202021_1080p.mp4 at timecode: 7:36



Exhibit ____, https://capitol-hill-riots.s3.us-east-1.wasabisys.com/Twitter/We%20are%20at%20war.%20We%E2%80%99re%20coming%20for%20bodies..mp4 at timecode: 0:15



Exhibit __, file https://www.facebook.com/christoffer.guldbrandsen/videos/10159041660989362 at
timecode: 0:07



Exhibit __,file https://www.youtube.com/watch?v=yG5nxQKcFyk&t=16 at timecode: 0:16



Exhibit ___, file https://www.youtube.com/watch?v=34gwzOJF1kA&t=653 at timecode: 10:52



Exhibit _____, file https://www.c-span.org/video/?507773-1/protesters-breach-us-capitol at
timecode: 1:50:46



Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:     /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC   20530
anthony.franks@usdoj.gov
(314) 539-3995


/s/ Victoria A. Sheets
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov


FOR THE DEFENDANT

/s/ Lori M. Koch
LORI M. KOCH
OFFICE OF THE FEDERAL DEFENDER
District of New Jersey
800 Cooper Street
Suite 350
Camden, NJ 08102
Email: lori_koch@fd.or
609-649-0292


Michael Oliveras



**EXHIBIT ___**