UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00738-BAH |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES REGARDING UNITED STATES CAPITOL POLICE CLOSED CIRCUIT VIDEO MONITORING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, agree and stipulate to the following facts.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds.  The video equipment timestamps each recording with the date and time at which the footage is captured.  The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC   20530
anthony.franks@usdoj.gov
(314) 539-3995


/s/ Victoria A. Sheets
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov

FOR THE DEFENDANT

/s/ Lori M. Koch
LORI M. KOCH
OFFICE OF THE FEDERAL DEFENDER
District of New Jersey
800 Cooper Street
Suite 350
Camden, NJ 08102
Email: lori_koch@fd.or
609-649-0292

Defendant Michael Oliveras