UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:21-cr-00738-BAH |
| MICHAEL OLIVERAS, | : |
| Defendant. | : |

## STIPULATION OF THE PARTIES REGARDING PARLER RECORDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, agree and stipulate to the following. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

The records from Parler are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, videos, chats, comments, reactions, and other communication to and from the Parler account @Craftmetal, which the parties stipulate was created and continuously operated by Michael Oliveras.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC   20530
anthony.franks@usdoj.gov
(314) 539-3995

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov

FOR THE DEFENDANT

/s/ Lori M. Koch
LORI M. KOCH
OFFICE OF THE FEDERAL DEFENDER
District of New Jersey
800 Cooper Street
Suite 350
Camden, NJ 08102
Email: lori_koch@fd.or
609-649-0292

Defendant Michael Oliveras