# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-738 (BAH) |
| v. : | |
| : | |
| MICHAEL OLIVERAS, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace AUSA Anthony L. Franks as lead counsel on the case, and AUSA Franks should be removed from the case.

Respectfully submitted,

DATED: November 16, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
Washington, DC 20530
(202) 252-7566
Victoria.Sheets@usdoj.gov