**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-00738 (BAH)** |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>NOTICE OF APPEARANCE</u>**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that Lynnett M. Wagner, Assistant United States Attorney,

hereby enters her appearance as counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:     */s/ Lynnett M. Wager*
          Lynnett M. Wager
          Nebraska Bar No. 21606
          Assistant United States Attorney
          United States Attorney's Office
          District of Columbia
          601 D Street NW
          Washington, DC 20530
          (Tel) 402-661-3700
          (Fax) 402-661-3081
          Email: lynnett.m.wagner@usdoj.gov