**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-738 (BAH)** |
| v. | : | |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S EXHIBIT LIST**

| Exhibit Number | Description of Exhibit | Marked for ID | Received in Evidence | Witness | Sent to Jury (Date & Time) |
|---|---|---|---|---|---|
| | **Video Evidence** | | | | |
| | **Body Worn Camera** | | | | |
| | Body-Worn Camera Footage of Officer Timothy Hargrove on January 6, 2021 | | | | |
| | Body-Worn Camera Footage of Officer Joshua Wilson on January 6, 2021 | | | | |
| | Body-Worn Camera Footage of Ryan Whelan on January 6, 2021 | | | | |
| | Body-Worn Camera Footage of Rodgers Shipmon, Jr. on January 6, 2021 | | | | |
| | Body-Worn Camera Footage of Abdi Abdulkadir on January | | | | |

| | | | | |
|---|---|---|---|---|
| | 6, 2021 | | | |
| | Body-Worn Camera Footage of Joseph Austin on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Christopher Boyle on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Officer Noah Duckett on January 6, 2021 | | | |
| | Body-Worn Camera Footage of David Pitt on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Robert Arroyo on January 6, 2021 | | | |
| | Body-Worn Camera Footage of William Hackerman on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Paul Kovejo on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Brian Peake on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Brian Spooner on January 6, 2021 | | | |
| | Body-Worn Camera Footage of Christopher Stokes on | | | |

| | January 6, 2021 | | | | |
|---|---|---|---|---|---|
| | Body-Worn Camera Footage of Carlton Wilhoit on January 6, 2021 | | | | |
| | Body-Worn Camera Footage of Erick Garcia Burgos on January 6, 2021 | | | | |
| | **U.S. Capitol CCTV** | | | | |
| | Video Footage from USCP Camera – Senate Wing Door beginning at 2:20 p.m | | | | |
| | Video Footage from USCP Camera – Senate Wing Door beginning at 2:38 p.m. | | | | |
| | Video Footage from USCP Camera – Senate Wing Door beginning at 2:47 p.m | | | | |
| | Video Footage from USCP Camera – Crypt beginning at 2:29 p.m. | | | | |
| | Video Footage from USCP Camera – Crypt beginning at 2:40 p.m. | | | | |
| | **Open Source Videos And Photos** | | | | |
| | Oliveras – West Front https://www.dropbox.com/s/0ntod03nka61hoj/IMG_7094%202.h264.mp4?dl=0 | | | | |
| | Oliveras – West Front https://www.youtube.com/watch?v=F9Ru6 | | | | |

| | | | | |
|---|---|---|---|---|
| | wKDj-s&t=20 | | | |
| | Oliveras – West Front https://archive.org/download/cxBcvdEiZHWpaxd5N/William_Turton_201_a_crow.mpeg4 | | | |
| | Oliveras – Climbing https://archive.org/details/cqjWYZZb4jzNMiZY7 | | | |
| | Oliveras – West Front Parler \| BAR18 DzTb5lFGVF6I.mp4 https://web.archive.org/web/submit?url=https://video.parler.com/Dz/Tb/DzTb5lFGVF6I.mp4 | | | |
| | Oliveras – Crypt Protestors in the Capitol https://www.youtube.com/watch?v=wslA_vzlDbA&t=121 | | | |
| | Oliveras – Northwest Courtyard https://www.facebook.com/theo.hanson.9/videos/10215041648069374 | | | |
| | Oliveras – Senate Wing Door https://archive.org/details/NufXMbHmDkEf5j7BC | | | |
| | Oliveras – Northwest | | | |

| | | | | |
|---|---|---|---|---|
| | Courtyard<br><br>https://www.dropbox.com/s/orbdoa25fcill1b/EMOLLI_MVI_2407.MP4?dl=0 | | | |
| | Oliveras – Senate Wing Door<br><br>https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED<br><br>/Content/Trump%20Wild%20Rally%20Washington%20D.C._%20Outside%20The%20Capitol%<br><br>20Building%20%28Part%2006%29%20%28V-01%29%20%28January%206th%2C%202021%2<br><br>9.mp4 | | | |
| | Oliveras – Senate Wing Door<br><br>https://archive.org/download/HYpxQMBHbyRtT9DqJ/TRUMP_RALLY_DC_EIYzJT_MR.mpeg4 | | | |
| | Oliveras – Northwest Courtyard<br><br>https://web.archive.org/web/submit?url=https://video.parler.com/M4/qA/M4qAK9MhEpEF.mp4 | | | |
| | Oliveras – Northwest | | | |

| | | | | |
|---|---|---|---|---|
| | Courtyard<br><br>https://www.youtube.com/watch?v=nfC9uHFfOIE&t=433 | | | | |
| | Oliveras – Northwest Courtyard<br><br>https://archive.org/download/FJCRBDK7ZJhYtnpX9/_twitter_Ford_Fischer_Pol.mpeg4 | | | | |
| | Oliveras – West Side<br>https://archive.org/details/cze7uGcgWuC6dxxkP | | | | |
| | Oliveras – Northwest Terrace<br>https://archive.org/details/Ke3jdhZep8eJbiY7r | | | | |
| | Oliveras – Northeast Plaza<br>https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED<br><br>/Content/Save%20America%20Protesters%20Attempt%20Entrance%20into%20Washington%2<br><br>0DC%20Capitol.mp4 | | | | |
| | Oliveras – Northeast Media Pen<br>https://archive.org/details/BuNJJ8bCAs5K | | | | |

| | | | | |
|---|---|---|---|---|
| | NCzwB | | | |
| | Oliveras – Northeast Media Pen<br><br>https://ia904506.us.archive.org/2/items/KJ FFvbfx5pnAv3ST4/ %E6%A9%9F%E5% 8B%95%E9<br><br>%9A%8A%E3%81% AB%E3%82%88%E 3%81%A3%E3%81 %A6%E8%AD%B0 %E4%BC%9A<br><br>%E3%81%8B%E3% 82%89%E5%82%AC %E6%B6%99%E5% BC%BE%E7%AD% 89%E3%82<br><br>%92%E4%BD%BF %E3%81%84%E6% 8E%92%E9%99%A4 %E3%81%95%E3% 82%8C%E3%<br><br>81%9F%E6%B0%91 %E8%A1%86.mpeg4 | | | |
| | Oliveras – Northeast Media Pen<br><br>https://archive.org/details/Ke3jdhZep8eJbi Y7r | | | |
| | Oliveras – Northeast<br><br>https://capitol-hill-riots.s3.us-east-1.wasabisys.com/You Tube/yt1s.com%20-Trump%20Wild%20<br><br>Rally%20Washington %20DC%20The%20 Death%20Of%20The %20Legacy%20Medi | | | |

| | | | | |
|---|---|---|---|---|
| | a%20Janu ary%206th%202021_ 1080p.mp4 | | | |
| | Oliveras – East Plaza https://www.c- span.org/video/?5077 73-1/protesters- breach-us-capitol | | | |
| | Oliveras – Northwest Courtyard: Picture https://www.instagra m.com/p/CJxFKhxM 05h/?utm_source=ig_ web_copy_link | | | |
| | Oliveras – North Terrace: Picture https://www.flickr.co m/photos/randallartph otos/50836018263/ | | | |
| | Outside of Capitol: Picture https://www.washingt onian.com/wp- content/uploads/2021 /01/IMG_4476.jpeg | | | |
| | Picture https://archive.reduxp ictures.com/id/19.002 73738 | | | |
| **Michael Oliveras' Videos** | | | | |
| | Video File from Defendant's Phone, file "Vid 1" – Hallway in Capitol | | | |
| | Video File from Defendant's Phone, file "Vid 2" – Outside | | | |

| | | | | |
|---|---|---|---|---|
| | Capitol | | | |
| | Video File from Defendant's Phone, file "Vid 3" – Senate Wing Door | | | |
| | Video File from Defendant's Phone, file "Vid 4" – Senate Wing Door | | | |
| | Video File from Defendant's Phone, file "Vid 5" – Outside Capitol | | | |
| | Video File from Defendant's Phone, file "Vid 7" – Senate Wing Door | | | |
| | Video File from Defendant's Phone, file "Vid 8" – Senate Wing Door | | | |
| | Video File from Defendant's Phone, file "Vid 9" – Senate Wing Door | | | |
| | Video File from Defendant's Phone, file "Vid 10" – Outside Capitol | | | |
| | Video File from Defendant's Phone, file "Vid 11" –Senate Wing Door | | | |
| | AndMagazine Video – file IMG_2633-1 | | | |

| | Other | | | | |
|---|---|---|---|---|---|
| | Recording of FBI Interview with Defendant on December 9, 2021 | | | | |
| | **FBI** | | | | |
| | **Oliveras' Home Search** | | | | |
| | Defendant's Consent to Search of his Phone | | | | |
| | Stipulation Regarding Return of Digital Media Evidence and Admissibility and Use of Digital Media Evidence | | | | |
| | Red Baseball Cap with Make America Great Again logo | | | | |
| | Red Hoodie Sweatshirt with Trump logo | | | | |
| | American Flag | | | | |
| | Black Backpack | | | | |
| | White Pin with "CNN Sucks" logo | | | | |
| | **Social Media** | | | | |
| | **Parler Account** | | | | |
| | December 24, 2020 Post from Oliveras | | | | |
| | January 5, 2021 Post from Oliveras | | | | |
| | January 7, 2021 Post | | | | |

| | | | | |
|---|---|---|---|---|
| | from Oliveras – 1 | | | |
| | January 7, 2021 Post from Oliveras – 2 | | | |
| | January 8, 2021 Post from Oliveras – 1 | | | |
| | January 8, 2021 Post from Oliveras – 2 | | | |
| | Photo from Oliveras's Parler Account – 1 | | | |
| | Photo from Oliveras's Parler Account – 2 | | | |
| | Photo from Oliveras's Parler Account – 3 | | | |
| | Photo from Oliveras's Parler Account – 4 | | | |
| | Photo from Oliveras's Parler Account – 5 | | | |
| | Photo from Oliveras's Parler Account – 6 | | | |
| | Photo from Oliveras's Parler Account – 7 | | | |
| | Photo from Oliveras's Parler Account – 8 | | | |
| | Photo from Oliveras's Parler Account – 9 | | | |

| | | | | |
|---|---|---|---|---|
| | Photo from Oliveras's Parler Account – 10 | | | | |
| | Photo from Oliveras's Parler Account – 11 | | | | |
| | Photo from Oliveras's Parler Account – 12 | | | | |
| | Photo from Oliveras's Parler Account – 13 | | | | |
| | Photo from Oliveras's Parler Account – 14 | | | | |
| **Maps/Diagrams & Demonstrative Aids** | | | | |
| | Overview Map of Capitol Building and Grounds | | | | |
| | Overview Map of Capitol Building and Grounds with Restricted Area Outlined | | | | |
| | Photograph of West Side of U.S. Capitol Grounds With Snow Fencing And "Area Closed" Signs | | | | |
| | Close up Photo of "Area Closed" Sign | | | | |
| | Photo of Signs on Bike Barricades at Peace Circle | | | | |
| | Diagram of Capitol Building | | | | |

| House and Senate Records | | | | |
|---|---|---|---|---|
| | Montage of Video Footage from USCP Security Cameras on January 6, 2021 | | | |
| | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | | | |
| **Stipulations** | | | | |
| | Stipulation Regarding U.S. Capitol Police Closed Circuit Video Monitoring | | | |
| | Stipulation Regarding Identification | | | |
| | Stipulation Regarding Parler Records | | | |
| | Stipulation Regarding Return of Digital Media Evidence | | | |
| **Documents/Reports** | | | | |
| | U.S. Constitution, Article II, Section 1 | | | |
| | U.S. Constitution, Amend. XII | | | |
| | Title 3, United States Code, § 15 | | | |
| | Title 3, United States Code, § 16 | | | |

| | Title 3, United States Code, § 17 | | | | |
|---|---|---|---|---|---|
| | Title 3, United States Code, § 18 | | | | |
| | S. Con. Res. 1, dated Jan. 3, 2021 | | | | |
| | Email from Lanelle Hawa | | | | |