**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00738-BAH |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF THE PARTIES REGARDING UNITED STATES CAPITOL POLICE CLOSED CIRCUIT VIDEO MONITORING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, agree and stipulate to the following facts.   Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds.   The video equipment timestamps each recording with the date and time at which the footage is captured.   The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC   20530
anthony.franks@usdoj.gov
(314) 539-3995

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov

FOR THE DEFENDANT

/s/ Lori M. Koch
LORI M. KOCH
OFFICE OF THE FEDERAL DEFENDER
District of New Jersey
800 Cooper Street
Suite 350
Camden, NJ 08102
Email: lori_koch@fd.or
609-649-0292

**Defendant Michael Oliveras**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.   1:21-cr-00738-BAH** |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

**STIPULATION OF THE PARTIES REGARDING IDENTITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, agree and stipulate to the following facts.   The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial.   Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The parties agree that on January 6, 2021, Michael Oliveras was in D.C., and on United States Capitol grounds and in the U.S. Capitol Building and wore a red hoodie with Trump logo, a red baseball cap with "Make America Great Again" logo, sunglasses with red and white stripes, a black backpack, blue pants, and carried an American flag.

The parties agree that the following photographs are fair and accurate depictions of Michael Oliveras inside and outside of the U.S. Capitol Building on January 6, 2021, and neither party objects to the foundation and authenticity of the files from which they were obtained.

Exhibit ____, file https://www.youtube.com/watch?v=YHMepIZf0OE&t=899)



Exhibit ___, file
https://archive.org/download/ugsecoGZZovFPMNnq/ugsecoGZZovFPMNnq.mpeg4)
at timecode: 0:01



Exhibit ___, file https://www.youtube.com/watch?v=MoBTO6NKuLY&t=1709 at timecode 28:29



Exhibit \_\_\_ ,file https://www.youtube.com/watch?v=Pcx4h-zevbI&t=5 at
timecode: 0:05



Exhibit ___, (file
https://web.archive.org/web/submit?url=https://video.parler.com/fQ/4i/fQ4iudBd3wIe.mp4 at
timecode: 0:03



Exhibit __ (file https://www.washingtonian.com/wp-content/uploads/2021/01/IMG_4476.jpeg)



Exhibit ___, file
https://archive.org/details/dvg6w9qmLtizjMc6T at timecode:
1:45



Exhibit ___ file
https://archive.org/details/7o4xLpDciNAzkJMNN at timecode: 1:44



Exhibit __, file
https://archive.org/details/reB5bKJqLN2t9Drhj at timecode: 1:47



Exhibit ___, file https://archive.reduxpictures.com/id/19.00273738)



Exhibit __, file https://www.dropbox.com/s/0ntod03nka61hoj/IMG_7094%202.h264.mp4?dl=0 at
timecode: 1:22



Exhibit ___, file https://www.youtube.com/watch?v=F9Ru6wKDj-s&t=20 at timecode: 0:20



Exhibit ___ , file
https://archive.org/download/cxBcvdEiZHWpaxd5N/William_Turton_201_a_crow.mpeg4 at
timecode: 0:30



Exhibit ___, file https://archive.org/details/cqjWYZZb4jzNMiZY7)



Exhibit __, file https://web.archive.org/web/submit?url=https://video.parler.com/Dz/Tb/DzTb5lFGVF6I.mp4 at timecode: 0:13)



Exhibit __, file https://archive.org/details/XG62exkPe6HxMnms9 timecode: 10:28



Exhibit ___, file https://www.youtube.com/watch?v=wslA_vzlDbA&t=121 at timecode: 2:01



Exhibit ___, file https://archive.org/details/fBbcBf7RJDnNLFdva at timecode: 3:04



Exhibit __, file  https://archive.org/details/2x8aT7WP3L9XLB8hS at timecode: 3:10



Exhibit __, file https://www.facebook.com/theo.hanson.9/videos/10215041648069374 at timecode: 0:04



Exhibit __, file https://archive.org/details/NufXMbHmDkEf5j7BC at timecode: 3:36)



Exhibit ___, file https://archive.org/details/fRsS3nPiM6jtbBJ3P at timecode: 5:50



Exhibit __, file https://archive.org/download/BfktZhWDCxTK3hPpj/GOPR0026.MP4 at timecode: 2:58



Exhibit __, file https://www.dropbox.com/s/orbdoa25fcill1b/EMOLLI_MVI_2407.MP4?dl=0 at timecode: 1:01



Exhibit __, file
https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED
/Content/Trump%20Wild%20Rally%20Washington%20D.C._%20Outside%20The%20Capitol%
20Building%20%28Part%2006%29%20%28V-01%29%20%28January%206th%2C%202021%2
9.mp4 at timecode: 8:11



Exhibit ___, file
https://archive.org/download/HYpxQMBHbyRtT9DqJ/TRUMP_RALLY_DC_EIYzJT_MR.mpeg4
at timecode: 0:05



Exhibit __, file
https://web.archive.org/web/submit?url=https://video.parler.com/M4/qA/M4qAK9MhEpEF.mp4 at
timecode: 2:27



Exhibit ___, file https://www.youtube.com/watch?v=nfC9uHFfOIE&t=433 at timecode: 7:13



Exhibit __, file https://www.instagram.com/p/CJxFKhxM05h/?utm_source=ig_web_copy_link)

Exhibit __, file https://archive.org/download/FJCRBDK7ZJhYtnpX9/_twitter_Ford_Fischer_Pol.mpeg4, timecode: 0:07



Exhibit __, file https://archive.org/details/Ke3jdhZep8eJbiY7r at timecode: 19:00



Exhibit ___, file https://www.flickr.com/photos/randallartphotos/50836018263/



Exhibit __, file
https://capitol-hill-riots.s3.us-east-1.wasabisys.com/User%20Submissions%20-%20UNSORTED/Content/Save%20America%20Protesters%20Attempt%20Entrance%20into%20Washington%20DC%20Capitol.mp4 at timecode: 43:09



Exhibit ___ file
https://ia904506.us.archive.org/2/items/KJFFvbfx5pnAv3ST4/%E6%A9%9F%E5%8B%95%E9
%9A%8A%E3%81%AB%E3%82%88%E3%81%A3%E3%81%A6%E8%AD%B0%E4%BC%9A
%E3%81%8B%E3%82%89%E5%82%AC%E6%B6%99%E5%BC%BE%E7%AD%89%E3%82
%92%E4%BD%BF%E3%81%84%E6%8E%92%E9%99%A4%E3%81%95%E3%82%8C%E3%
81%9F%E6%B0%91%E8%A1%86.mpeg4 and timecode: 10:58



Exhibit __ file https://archive.org/details/Ke3jdhZep8eJbiY7r at timecode: 57:06



Exhibit __ file https://cap%20
Rally%20Washington%20DC%20The%20Death%20Of%20The%20Legacy%20Media%20Janu
ary%206th%202021_1080p.mp4 at timecode: 7:36



Exhibit ____, https://capitol-hill-riots.s3.us-east-1.wasabisys.com/Twitter/We%20are%20at%20war.%20We%E2%80%99re%20coming%20for%20bodies..mp4 at timecode: 0:15



Exhibit __, file https://www.facebook.com/christoffer.guldbrandsen/videos/10159041660989362 at timecode: 0:07



Exhibit ___,file https://www.youtube.com/watch?v=yG5nxQKcFyk&t=16 at timecode: 0:16



Exhibit __, file https://www.youtube.com/watch?v=34gwzOJF1kA&t=653 at timecode: 10:52



Exhibit _____, file https://www.c-span.org/video/?507773-1/protesters-breach-us-capitol at timecode: 1:50:46



Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Anthony L. Franks
ANTHONY L. FRANKS
Assistant United States Attorney
Bar No. 50217MO
555 Fourth Street, N.W., Room
Washington, DC   20530
anthony.franks@usdoj.gov
(314) 539-3995


/s/ Victoria A. Sheets
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 809-2050
Victoria.Sheets@usdoj.gov

FOR THE DEFENDANT

/s/ Lori M. Koch
LORI M. KOCH
OFFICE OF THE FEDERAL DEFENDER
District of New Jersey
800 Cooper Street
Suite 350
Camden, NJ 08102
Email: lori_koch@fd.or
609-649-0292

Michael Oliveras



**EXHIBIT ___**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.   1:21-cr-00738-BAH** |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION OF THE PARTIES REGARDING PARLER RECORDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, agree and stipulate to the following.  Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in this stipulation:

The records from Parler are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, videos, chats, comments, reactions, and other communication to and from the Parler account @Craftmetal, which the parties stipulate was created and continuously operated by Michael Oliveras.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    /s/ Anthony L. Franks
        ANTHONY L. FRANKS
        Assistant United States Attorney
        Bar No. 50217MO
        555 Fourth Street, N.W., Room
        Washington, DC  20530
        anthony.franks@usdoj.gov
        (314) 539-3995

        */s/ Victoria A. Sheets*
        VICTORIA A. SHEETS
        NY Bar No. 5548623
        Assistant United States Attorney
        U.S. Department of Justice
        601 D Street NW
        Washington, DC 20530
        (202) 809-2050
        Victoria.Sheets@usdoj.gov

FOR THE DEFENDANT

/s/ Lori M. Koch
LORI M. KOCH
OFFICE OF THE FEDERAL DEFENDER
District of New Jersey
800 Cooper Street
Suite 350
Camden, NJ 08102
Email: lori_koch@fd.or
609-649-0292

Defendant Michael Oliveras

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **1:21-CR-00738-BAH** |
| **MICHAEL OLIVERAS** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION REGARDING RETURN OF DIGITAL MEDIA EVIDENCE AND ADMISSIBILITY AND USE OF DIGITAL MEDIA EVIDENCE

The United States of America and defendant Michael Oliveras ("Defendant") hereby agree and stipulate as follows:

### RECITALS

1. On or about December 9, 2021, pursuant to a court-authorized search warrant in Case No. 21-17086 (SAK) in the District of New Jersey, government agents seized certain digital devices and electronically stored information from defendant's residence and/or person.

2. Defendant has requested the return of the following specified digital devices and electronically stored information (the "Digital Media"): Apple iPhone 12 Pro Max, IMEI 358686416986226.

3. The government has created an exact and accurate image (the "Image") of each of the Digital Media specified in paragraph 2 by performing an extraction for the purpose of searching the Image.

4. The government intends to use materials discovered as a result of its search(es) as evidence in the pending and  ongoing investigation and prosecution including, possibly, introducing those materials into evidence at trial or other proceedings.

2

**STIPULATION**

Accordingly, the parties AGREE and STIPULATE as follows:

1.  Defendant waives the right to object to the admissibility of the Images of the Digital Media and the right to question witnesses or make arguments concerning the reliability of the methods used to create the Images.

2.  The government will retain, and, upon request will provide, to defense counsel, the Images extracted from the Digital Media.

3.  The Digital Media will be returned to defendant or defense counsel, as requested by defense counsel.

4.  The government will retain the Images of the Digital Media, including all evidence thereon, for use at trial and any other proceedings in this matter.

5.  The Images of the Digital Media and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

6.  The government may continue to examine the Images for materials identified in the Search Warrant consistent with the terms of the Search Warrant.

7. Defendant retains the right to challenge the Search Warrant and move to suppress the

   Images of the Digital Media pursuant to Fed. R. Crim. P. 41(h).

So stipulated.

Respectfully submitted and agreed,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

Date: 12/29/2021    By:

**Anthony L. Franks**
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Date: 12/28/2021    s/ Michael Oliveras

**Michael Oliveras**
Defendant

Date: 12/28/2021    Lori M. Koch

**Lori Koch**
Attorney for Defendant