UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-cr-00738 (BAH) |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

PROPOSED VERDICT FORM

We, the jury in the above-titled case, find the defendant [circle one]:

Count One:   Guilty / Not Guilty   of Entering or Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1).

Count Two:   Guilty / Not Guilty   of Disorderly or Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(2).

Count Three:   Guilty / Not Guilty   of Violent Entry or Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D).

Count Four:   Guilty / Not Guilty   of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

Dated: _____                    _____
                                                Signature of Foreperson