Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 27 2023

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   Criminal Case No.: 21CR738 (BAH) |
| | ) |
| MICHAEL OLIVERAS | ) |
| | ) |
| | ) |

## WAIVER OF INDICTMENT

I, _____Michael Oliveras_____, the above-named defendant, who is accused of

Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Certain Officers, in violation of Title 18 United States Code, Section 111(a)(1).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____January 27, 2023_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: _January 27, 2023_
Beryl A. Howell
United States District Judge