IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

                                   :        Cr. No.  21-738 (BAH)

MICHAEL OLIVERAS,                  :

        Defendant.                 :

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

On April 11, 2023, counsel William L. Shipley filed a Notice of Appearance of Counsel on behalf of Defendant Michael Oliveras. Accordingly, it is respectfully requested that I (and the Office of the Federal Public Defender for the District of New Jersey) be permitted to withdraw as counsel in this case.

Respectfully submitted,

/s/ Lori M. Koch
Assistant Federal Public Defender
District of New Jersey
800 Cooper St., Suite 350
Camden, New Jersey 08102
Telephone:     (609) 649-0292
Email: Lori_Koch@fd.org

Date: April 19, 2023