UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.: 21-CR-00738 (BAH) |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, respectfully requests an extension of the deadlines for the parties to submit sentencing memorandum. Sentencing is scheduled for July 13, 2023. Per the Court's standing order, ECF 15, the sentencing memorandum were due on or before June 28, 2023, and reply memorandum are due on or before July 3, 2023.

The United States of America respectfully requests that the Court extend the deadline for the parties to submit sentencing memorandum by three business days, until July 3, 2023. The United States of America further requests the Court extend the deadline for the parties to submit reply memorandum, if any, by two business days, until Thursday, July 6, 2023.

Good cause exists for this request. Due to the change in sentencing dates, counsel for the government miscalculated the deadline for the parties to file their sentencing memorandum. Counsel apologizes to the Court for this error and will promptly file the sentencing memorandum if the Court allows this extension. Counsel does not anticipate this should impact the sentencing date.

This afternoon, counsel for the government has attempted to contact William L. Shipley, counsel for Defendant, to determine Defendant's position with respect to this motion. Counsel attempted this contact by phone and email, but has not been able to contact Mr. Shipley as of the time of filing this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


By:     /s/ Ashley Akers
        Ashley Akers
        MO Bar No. 69609
        Trial Attorney
        1100 L Street NW
        Washington, DC  20005
        (202) 353-0521
        Ashley.Akers@usdoj.gov

And:    /s/ Lynnett M. Wagner
        Lynnett M. Wagner
        NE Bar No. 21606
        Assistant United States Attorney
        United States Attorney's Office
        District of Columbia
        6701 D Street NW
        Washington, DC  20530
        (402) 661-3737
        Lynnett.m.wagner@usdoj.gov