**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:   21-CR-0738 (BAH) |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENTAL REPORT AND POSITION REGARDING**
**EVIDENCE IN SUPPORT OF MICHAEL OLIVERAS SENTENCING**

The United States will make the following supplemental[1] evidence available to the Court

electronically in support of our sentencing memorandum:

| No. | File Name | App'x Length | Source | Description |
|---|---|---|---|---|
| 15 | Parler Photo _ 1 | N/A | Oliveras Parler | Oliveras photo of violence clash between officers and rioters |
| 16 | Parler Photo _ 2 | N/A | Oliveras Parler | Oliveras photo of vastly outnumbered officers guarding the building against rioters |
| 17 | Parler Photo _ 3 | N/A | Oliveras Parler | Oliveras photo of officers congregating to move rioters off the grounds shortly before he tries to enter the building for the third time |
| 18 | Parler Photo _ 4 | N/A | Oliveras Parler | Oliveras photo after clashes between rioters and officers, taken as officers attempt to move rioters off grounds |
| 19 | Parler Photo _ 5 | N/A | Oliveras Parler | Oliveras photo of rioters standing off with officers at Senate Wing Door, showing broken glass on the door, taken during Oliveras' third attempt to enter the building |
| 20 | Parler Photo _ 6 | N/A | Oliveras | Oliveras photo of rioters yelling |

---

[1] This evidence supplements the videos made available in support of the plea, ECF No. 56. The first 14 exhibits are summarized in ECF No. 56 and have been re-uploaded to USAfx in support of sentencing. The supplemental exhibits, also uploaded to USAfx, are numbered sequentially starting at Exhibit 15.

| | | | Parler | and facing the Capitol as officers attempt to clear rioters from the grounds |
|---|---|---|---|---|
| 21 | Parler Photo _ 7 | N/A | Oliveras Parler | Oliveras photo showing bike racks erected on Capitol grounds before he ascended to the Upper West Terrace |
| 22 | Parler Photo _ 8 | N/A | Oliveras Parler | Oliveras photo of officers attempting to corral rioters off Capitol grounds, shortly before Oliveras and other rioters refused to leave, causing an altercation to break out |
| 23 | Parler Photo _ 9 | N/A | Oliveras Parler | Oliveras photo posted on December 30, 2020 titled "Detailed Map of Washington, D.C." with indicators on Capitol grounds |
| 24 | Parler Video _ 1 | | Oliveras Parler | Oliveras video at Senate Wing Door during his attempted third entry |
| 25 | Parler Video _ 2 | | Oliveras Parler | Oliveras video at Senate Wing Door during his attempted third entry |
| 26 | Parler Video _ 3 | | Oliveras Parler | Oliveras video at Senate Wing Door during his attempted third entry as rioters chant, "FIGHT FOR TRUMP" and one rioter says, "those pussies left." |
| 27 | BWC Video 1 | | BWC | BWC showing rioters screaming at officers. Oliveras seen at 1:45 yelling at officers and pointing at officers and the Capitol building. |
| 28 | BWC Video 2 | | BWC | Different angle from BWC Video 1 showing rioters screaming at officers. Oliveras seen at 1:45 yelling at officers and pointing at officers and the Capitol building. |
| 29 | Video 1 | | Oliveras Phone | Oliveras video showing altercation between rioters and officers while crowd chants "TRAITORS" |
| 30 | Video 2 | | Open source | Video showing rioters swarming officers and yelling at them. Oliveras appears at 1:22 leaning over and aggressively pointing and yelling at officers. |

| 31 | Video 3 | | Open source | At :04, Oliveras standing at entry of Senate Wing Door chanting "FUCK THE DEMS" |
|----|---------|--|-------------|-------------------------------------------------------------------------------|
| 32 | Video 4 | | Open source | At :05, Oliveras standing at Senate Wing Door entry as rioters yell and alarms sound; officer line in sight |
| 33 | Video 5 | | Open source | At 2:03, Oliveras at the media pen saying, "beyond that building right there (pointing at the Capitol), our Capitol, there are lots of fucking traitors in the media too. And you're going to hear about them all soon. They're all fucking going down." |
| 34 | Video 6 | 2:04 | FBI Interview | Clip of FBI interview where Oliveras explains why he went to the Capitol and states that he would do it again. |
| 35 | Compilation of a Sample of Oliveras's Social Media Posts | N/A | Parler | Compilation of a sample of Oliveras's social media posts relating to the election and his participation in the Capitol riot |
| 36 | BWC Video 3 (Meekins) | 2:21 | BWC | Oliveras standing at the front of the line of officers; as officers attempt to move forward, Oliveras's flag is visible waving at officers as he refuses to move back and pushes into officers. |
| 37 | Video 7 | 9:59 | Third Party | Oliveras climbing on wall as rioters approach the outer line of police officers before the West front barriers are breached, in the area where rioters ripped down barricades and overwhelmed the police officer line. |

Neither party objects to the public release of the above-listed videos.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Ashley Akers*
        ASHLEY AKERS

3

MO Bar No. 69601
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
601 D Street, N.W.
Washington, D.C. 20002
(202) 353-0521
Ashley.Akers@usdoj.gov

LYNNETT WAGNER
VICTORIA SHEETS
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

On July 3, 2023, a copy of the foregoing was served on counsel of record for the

defendant via the Court's Electronic Filing System.

/s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
Capitol Riot Detailee