# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-738 (BAH) |
| v. : | |
| : | |
| MICHAEL OLIVERAS, : | |
| : | |
| Defendant. : | |

## RESPONSE TO COURT'S ORDER

The parties jointly provide notice of three dates of availability for trial in November and December 2023, pursuant to the Court's August 14, 2023 Order.

In order of the parties' preferences, the parties are available for trial to commence on the following days: December 18, 2023; November 13, 2023; and December 4, 2023.[1] The parties expect the trial to last one business week or less.

Respectfully submitted,

DATED: August 14, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
601 D Street NW
 Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

---

[1] Although undersigned lead counsel for the government is available on December 4, 2023, she is also lead counsel for a trial the preceding week in *United States v. Garcia*, 21-cr-129 (ABJ) and lead counsel for a trial the following week in *United States v. McKellop*, 21-cr-268 (CJN). Therefore, if possible with the Court's schedule, we respectfully request the Court first consider the other two proposed dates.