UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No. 21-CR-00738 (BAH) |
| v. | : | |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's August 16, 2023 Minute Order, and the Court's Standing Order for Criminal Cases, ECF No. 15, the parties hereby jointly submit this pretrial statement. As directed, the parties will deliver a Microsoft Word version of this document, including attachments, by email to Howell_Chambers@dcd.uscourts.gov.

**A.    Status of Plea Offers**

1.    The Government extended a formal plea offer to resolve this case on May 9, 2022, in a written proposed plea agreement and an accompanying statement of facts. The plea offer was set to expire on July 18, 2022. As requested by the defense, the government extended the time in which Mr. Oliveras could accept the plea to August 15, 2022. The government made a second extension to August 29, 2022. Mr. Oliveras rejected the plea offer by letting it expire. The terms of the offer were as follows: Mr. Oliveras would plead guilty Count Four of the Information, charging him with Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G), and the government would move to dismiss all remaining counts of the Information at sentencing.

2.    The government extended a second formal plea offer to resolve this case on October 17, 2022, in a written proposed plea agreement and an accompanying statement of facts. The plea

offer was set to expire on October 20, 2022. The government extended the time in which Mr. Oliveras could accept the plea to October 25, 2022. Mr. Oliveras rejected the plea offer. The terms of the offer were as follows: Mr. Oliveras would plead guilty Count One of the Information, charging him with Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1), and the government would move to dismiss all remaining counts of the Information at sentencing.

   3. Prior counsel for the defendant has represented that the terms of the plea offers were communicated to the defendant, and copies of the written plea agreements, to the defendant on October 17, 2022, as well as multiple dates before that time. As part of this communication, counsel explained that the potential sentencing exposure in the event Mr. Oliveras accepted the plea offer was a maximum of one year, a fine of not more than $100,000, pursuant to 18 U.S.C. § 3571(b)(5), and a special assessment of $25.00, 18 U.S.C. § 3013(a)(1)(A)(iii)).

In the alternative, counsel explained that the potential sentencing exposure in the event Mr. Oliveras rejected the plea offer and proceeded to trial on all four counts was a maximum of three years in custody (one year for each of two Class A misdemeanor charged and six months for each of two Class B misdemeanors charged); a term of probation of not more than five years for each count of conviction pursuant to 18 U.S.C. § 3561(c)(2); a term of supervised release of not more than one year for each of the two Class A misdemeanors pursuant to 18 U.S.C. § 3583(b)(3); a fine of not more than a total of $210,000 ($100,000 for each Class A misdemeanor pursuant to 18 U.S.C. § 3571(b)(5) and $5,000 for each Class B misdemeanor pursuant to 18 U.S.C. § 3571(b)(6)); and a special assessment of $70 ($25 per class A misdemeanor pursuant to 18 U.S.C. § 3013(a)(1)(A)(iii) and $10 per class B misdemeanor pursuant to 18 U.S.C.

§ 3013(a)(1)(A)(ii)).  The defendant rejected the government's second plea offer on October 24, 2022.

4. The government extended another formal plea offer to the defendant on January 23, 2023, which included a proposed plea agreement and an accompanying statement of facts.  The plea offer was set to expire on January 24, 2022 at 11:59 p.m.  The terms of the offer were as follows:  Mr. Oliveras would plead guilty Count One of the Superseding Information, charging him with Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a), and the government would move to dismiss all remaining counts of the Superseding Information at sentencing.

5. On January 24, 2023, the defendant signed and accepted the plea offer. On January 27, 2023, the defendant's sworn plea of guilty was entered as to Count 1 of the Superseding Information. The Court accepted the defendant's guilty plea and scheduled sentencing for August 11, 2023. The sentencing was later rescheduled to August 15, 2023.

6. On August 11, 2023, the Court held a status conference wherein the defendant withdrew his guilty plea. The Court set a trial date. On August 15, 2023, the defendant was arraigned on the Indictment and pleaded not guilty.

**B.    Joint Statement of the Case**

This is a criminal case. The United States has charged Michael Oliveras with violating seven separate federal criminal laws based on his presence on the grounds of and inside the U.S. Capitol on January 6, 2021. Specifically, the United States alleges that on January 6, 2021, Michael Oliveras obstructed, impeded, or interfered with law enforcement officers during a civil disorder; corruptly obstructed, influenced, or impeded an official proceeding, namely Congress's certification of the Electoral College vote as set out in the Twelfth Amendment; forcibly assaulted,

resisted, opposed, impeded, intimidated, or interfered with an officer or employee of the United States, or any person assisting such an officer; unlawfully entered and remained on restricted grounds and in the U.S. Capitol building; unlawfully engaged in disorderly and disruptive conduct; and unlawfully paraded, demonstrated, and picketed. Mr. Oliveras denies each charge.

**C.    Proposed Voir Dire Questions**

The parties' proposed voir dire questions are set forth in Exhibit 1.

**D.    Proposed Jury Instructions**

The parties' proposed jury instructions are set forth in Exhibit 2.

**E.    List of Expert Witnesses**

The parties do not anticipate sponsoring the testimony of expert witnesses at trial.

**F.    List of Motions in Limine**

The United States previously submitted the following motions in limine:

1. Motion In Limine To Preclude Arguments And Evidence About Alleged Law Enforcement Permissiveness, ECF No. 28; Response: ECF No. 37; Reply: ECF No. 44. The Court granted the government's motion on January 17, 2023. (Minute Order).

2. Unopposed Motion To Limit Cross-Examination Of U.S. Secret Service Witnesses, ECF No. 30. The Court granted the government's motion on January 17, 2023. (Minute Order).

3. Unopposed Motion In Limine Regarding Evidence About Specific Locations Of U.S. Capitol Police Surveillance Cameras, ECF No. 31. The Court granted the government's motion on January 17, 2023. (Minute Order).

The defense did not file any motions in limine. No motions in limine remain pending.

**G.    List of Prior Convictions**

The government does not intend to use any prior conviction for impeachment.

**H.    List of Government Exhibits**

The list of government exhibits is attached as Exhibit 3.

I.  **Stipulations**

The government proposed the stipulations attached as Exhibit 4. *See also* ECF Nos. 10, 38, 39, 40 (previously signed stipulations).  The defense is considering these stipulations. The parties will continue discussing possible additional stipulations relating to the trial and will continue working toward agreement where possible. The parties will inform the Court of any agreed-upon stipulations in advance of trial.

J.  **Proposed Verdict Form**

A proposed verdict form is attached as Exhibit 5.


Dated: October 20, 2023.

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| MICHAEL OLIVERAS<br>Defendant | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| /s/ *William Shipley*<br>William Shipley<br>LAW OFFICES OF<br>WILLIAM SHIPLEY<br>PO Box 745<br>Kailua, HI 96734<br>(808) 228-1341<br>808Shipleylaw@gmail.com | /s/ *Ashley Akers*<br>ASHLEY AKERS<br>Trial Attorney<br>MO Bar No. 69601<br>Capitol Riot Detailee<br>Ashley.Akers@usdoj.gov<br>(202) 353-0521<br>Ashley.Akers@usdoj.gov |
| | /s/ *Victoria A. Sheets*<br>VICTORIA A. SHEETS<br>Assistant United States Attorney<br>NY Bar No. 5548623<br>601 D Street NW<br>District of Columbia, DC 20530<br>(202) 252-7566<br>Victoria.Sheets@usdoj.gov |