| | | |
|---|---|---|
| Government | X | |
| Defendant | | |
| Joint | | |
| Court | | |

UNITED STATES OF AMERICA

VS.                                   Civil/Criminal No. 21-cr-738 (BAH)

MICHAEL OLIVERAS

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| **00 Series** | **Stipulations** | | | | |
| 001 | PLACEHOLDER: [Stipulations] | | | | |
| **100 Series** | **General** | | | | |
| 101 | Senate Cong Record.pdf | | | | |
| 102 | House Cong Record.pdf | | | | |
| 103 | Intentionally Blank | | | | |
| 104 | 20.14 Closure of West Front | | | | |
| 105 | Map of Restricted Perimeter.png | | | | |
| 106 | Capitol photo with signs | | | | |
| 107 | Capitol Police Area Closed Sign | | | | |
| 108 | Capitol Police Area Closed Sign 2 | | | | |
| 109 | West Front Timelapse | | | | |
| 110 | Aerial Diagram of Capitol Grounds | | | | |
| 111 | National Curfew Text Message (14:28:18 p.m. EST) | | | | |
| 112 | National Curfew Text Message (19:36:02 p.m. EST) | | | | |
| 113 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf | | | | |
| 114 | FEMA/DC DHS Certificate of Authenticity | | | | |
| 115 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | | | | |
| 116 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 117 | *Intentionally Left Blank* | | | | |
| 118 | Safeway, Inc. Certificate of Authenticity | | | | |
| 119 | U.S. Capitol & Grounds 3D Rendering | | | | |
| 120 | DC Mayor Emergency - Curfew Declaration | | | | |
| 121 | DC Mayor Curfew Order | | | | |
| 122 | 3 U.S.C. § 15 | | | | |
| 123 | 3 U.S.C. § 16 | | | | |
| 124 | 3 U.S.C. § 17 | | | | |
| 125 | 3 U.S.C. § 18 | | | | |
| 126 | Constitution, 12th Amendment | | | | |
| 127 | Senate Concurrent Resolution | | | | |
| 128 | Video Montage with Congressional Record | | | | |
| 129 | House Video Certification Affidavit | | | | |
| 130 | Senate Certification | | | | |
| **200 Series** | **Secret Service Exhibits** | | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol | | | | |
| 202 | USSS HOS Notification – Vice President Pence | | | | |
| 203 | CCTV footage of Vice President Pence's motorcade leaving East side of Capitol | | | | |
| 204 | CCTV footage of Vice President Pence and family exiting Senate Chamber | | | | |
| **300 Series** | **U.S. Capitol Police Video** | | | | |
| 301 | USCP Footage – Senate Wing Door (2:20 p.m.) | | | | |
| 302 | USCP Footage – Senate Wing Door (2:38 p.m.) | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 303 | USCP Footage – Senate Wing Door (2:47 p.m.) | | | | |
| 304 | USPC Camera – Crypt (2:29 p.m.) | | | | |
| 305 | USPC Camera – Crypt (2:40 p.m.) | | | | |
| 306 | USCP Camera – Northwest Terrace | | | | |
| 307 | USCP Camera – Northwest Terrace | | | | |
| 308 | USCP Camera – Northwest Terrace | | | | |
| 309 | USCP Camera – Northwest Terrace | | | | |
| 310 | USCP Video Montage with Radio Runs | | | | |
| **400 Series** | **Body Worn Camera Footage (BWC)** | | | | |
| 401 | Officer Timothy Hargrove | | | | |
| 402 | Officer Joshua Wilson | | | | |
| 403 | Officer Ryan Whelan | | | | |
| 404 | Officer Rodgers Shipmon, Jr. | | | | |
| 405 | Officer Abdi Abdulkadir | | | | |
| 406 | Officer Joseph Austin | | | | |
| 407 | Officer Christopher Boyle | | | | |
| 408 | Officer Noah Duckett | | | | |
| 409 | Officer David Pitt | | | | |
| 410 | Officer Robert Arroyo | | | | |
| 411 | Officer William Hackerman | | | | |
| 412 | Officer Paul Kovejo | | | | |
| 413 | Officer Brian Peake | | | | |
| 414 | Officer Brian Spooner | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 415 | Officer Christopher Stokes | | | | |
| 416 | Officer Carlton Wilhoit | | | | |
| 417 | Officer Erick Garcia Burgos | | | | |
| 418 | Officer Anthony Campanale | | | | |
| 419 | Officer Thornton Linwood | | | | |
| 420 | Officer Stephen Chih | | | | |
| 421 | Officer Thomas Meekins | | | | |
| 422 | Officer Kevin Romero | | | | |
| 423 | Officer Christopher Vanacore | | | | |
| 424 | Officer Michael Phan | | | | |
| 425 | Officer Nieves | | | | |
| 426 | Officer Alberti | | | | |
| **500 Series** | **Third-Party and Open Source Footage** | | | | |
| 501 | West Front | | | | |
| 502 | West Front 2 | | | | |
| 503 | West Front 3 | | | | |
| 504 | West Front 4 | | | | |
| 505 | West Front 5 | | | | |
| 506 | West Front 6 | | | | |
| 507 | West Front 7 | | | | |
| 508 | Photo: Oliveras Climbing | | | | |
| 509 | Photo: Oliveras | | | | |
| 510 | Oliveras Crypt | | | | |
| 511 | Oliveras NW Courtyard | | | | |
| 512 | Oliveras NW Courtyard 2 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 513 | Oliveras NW Courtyard 3 | | | | |
| 514 | Oliveras NW Courtyard 4 | | | | |
| 515 | Oliveras NW Courtyard 5 | | | | |
| 516 | Oliveras NW Courtyard 6 | | | | |
| 517 | NW Courtyard 7 | | | | |
| 518 | NW Courtyard 8 | | | | |
| 519 | NW Courtyard 9 | | | | |
| 520 | Photo: Oliveras NW Courtyard | | | | |
| 521 | Photo: Oliveras NW Courtyard 2 | | | | |
| 522 | Oliveras Senate Wing Door | | | | |
| 523 | Oliveras Senate Wing Door 2 | | | | |
| 524 | Oliveras Senate Wing Door 3 | | | | |
| 525 | Oliveras Northeast Media Pen | | | | |
| 526 | Oliveras Northeast Media Pen 2 | | | | |
| 527 | Oliveras Northeast Media Pen 3 | | | | |
| 528 | Oliveras Northeast | | | | |
| 529 | Oliveras East Plaza | | | | |
| 530 | Photo: Oliveras Close Up | | | | |
| **600 Series** | **Defendant Cell Phone and Social Media** | | | | |
| 601 | Defendant Cell Phone Extraction | | | | |
| 602 | Defendant Consent to Search | | | | |
| 603 | Stipulation Regarding Return of Digital Media Evidence and Admissibility of Use of Digital Media Evidence | | | | |
| 604 | Cell Phone Video: Hallway in Capitol | | | | |
| 605 | Cell Phone Video: Outside Capitol | | | | |
| 606 | Cell Phone Video: Outside Capitol 2 | | | | |
| 607 | Cell Phone Video: Outside Capitol 3 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 608 | Cell Phone Video: Senate Wing Door | | | | |
| 609 | Cell Phone Video: Senate Wing Door 2 | | | | |
| 610 | Cell Phone Video: Senate Wing Door 3 | | | | |
| 611 | Cell Phone Video: Senate Wing Door 4 | | | | |
| 612 | Cell Phone Video: Senate Wing Door 5 | | | | |
| 613 | Cell Phone Video: Senate Wing Door 6 | | | | |
| 614 | Cell Phone Video: PA Rally | | | | |
| 615 | Facebook Return | | | | |
| 616 | Facebook Exhibits [PPT] | | | | |
| 617 | Parler Return | | | | |
| 618 | Parler Summary Exhibit – Posts by Oliveras | | | | |
| 619 | Parler Summary Exhibit – Images by Oliveras | | | | |
| 620 | Parler Summary Exhibit – Posts Oliveras Tagged In | | | | |
| 621 | Parler Summary Exhibit – Comments by Oliveras | | | | |
| 622 | Parler Summary Exhibit – Echos by Oliveras | | | | |
| 623 | Parler Video 1 | | | | |
| 624 | Parler Video 2 | | | | |
| 625 | Parler Video 3 | | | | |
| 626 | Parler Photo 1 | | | | |
| 627 | Parler Photo 2 | | | | |
| 628 | Parler Photo 3 | | | | |
| 629 | Parler Photo 4 | | | | |
| 630 | Parler Photo 5 | | | | |
| 631 | Parler Photo 6 | | | | |
| 632 | Parler Photo 7 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 633 | Parler Photo 8 | | | | |
| 634 | Parler Photo 9 | | | | |
| 635 | Parler Photo 10 | | | | |
| 636 | Parler Photo 11 | | | | |
| 637 | Parler Photo 12 | | | | |
| 638 | Parler Photo 13 | | | | |
| 639 | Parler Photo 14 | | | | |
| **700 Series** | **Other** | | | | |
| 701 | Defendant FBI Interview [Clipped] | | | | |
| 702 | Defendant Plea Paperwork | | | | |
| **800 Series** | **Photographs** | | | | |
| 801 | AFO #65 | | | | |
| 802 | Search Warrant Photographs | | | | |
| 803 | Photo: Oliveras | | | | |
| 804 | Photo: Oliveras | | | | |
| 805 | Photo: Oliveras | | | | |
| 806 | Photo: Oliveras | | | | |
| 807 | Photo: Oliveras | | | | |
| **900 Series** | **Physical Evidence** | | | | |
| 901 | Red Baseball Cap with "Make America Great" Logo | | | | |
| 902 | Red Hooded Sweatshirt with Trump logo | | | | |
| 903 | American Flag | | | | |
| 904 | Black Backpack | | | | |
| 905 | White Pin with "CNN Sucks" logo | | | | |

<mark>Case 1:21-cr-00738-BAH   Document 84-3   Filed 10/20/23   Page 8 of 8</mark>

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| **1000 Series** | **Enhanced Exhibits** | | | | |
| 1001 | Enhanced Exhibit 1 | | | | |
| 1002 | Enhanced Exhibit 2 | | | | |
| 1003 | Enhanced Exhibit 3 | | | | |
| 1004 | Enhanced Exhibit 4 | | | | |
| 1005 | Enhanced Exhibit 5 | | | | |
| 1006 | Enhanced Exhibit 6 | | | | |
| 1007 | Enhanced Exhibit 7 | | | | |
| 1008 | Enhanced Exhibit 8 | | | | |
| 1009 | Enhanced Exhibit 9 | | | | |