UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 21-cr-00738 (BAH) |
| v. | : | |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Michael Oliveras, with the concurrence of his attorney, William Shipley, agree and stipulate to the following:

***The Capitol Building and Grounds***

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by the USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes a variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases,

1

porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. *See* Map Outlining Restricted Area on January 6, 2021, attached as Exhibit 105. These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza ("East Front") and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating "Area Closed By Order of the United States Capitol Police Board."

On January 6, 2021, the Restricted Area described above and depicted in Exhibit 105 was a posted, cordoned off, or otherwise restricted area where the Vice President and members of his immediate family, who were under the protection of the U.S. Secret Service, were temporarily visiting. The Restricted Area described above and depicted in Exhibit A, constituted a "restricted building or grounds" as that term is used in Title 18, United States Code, Section 1752.

### *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

2

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representative were evacuated later from the House Gallery. The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Following their reconvening, pursuant to Title 3, United States Code Section, 15, Congress resumed the certification of the Electoral College vote, including: appointing four tellers to read and list the votes; announcing the voting results by the President of the Senate; and allowing written objections from members of Congress, subject to a procedure for submitting and resolving such objections.

Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

The certification of the vote count of the Electoral College was an "official proceeding" as that term is used in Title 18, United States Code, Sections 1512(c)(2) and 1515(a)(1).

### *Officers from the United States Capitol Police and Metropolitan Police Department*

On January 6, 2021, officers from the United States Capitol Police on the U.S. Capitol Grounds and in the U.S. Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

On January 6, 2021, officers from the Washington, D.C. Metropolitan Police Department responded to U.S. Capitol Grounds and the U.S. Capitol building to assist officers from the USCP who were engaged in their official duties as officers or employee of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

### *The Civil Disorder*

Beginning at approximately 12:53 p.m. on January 6, 2021, and continuing until approximately 6:30 p.m. on January 6, 2021, the events on the Grounds of the U.S. Capitol and in the U.S. Capitol building constituted a "civil disorder" as that term is used in Title 18, United States Code, Section 231(a)(3), which means that it was a public disturbance involving acts of violence by assemblages of three or more persons, which caused an immediate danger of or resulted in damage or injury to the property or person of any other individual.

### *Interstate Commerce*

The civil disorder on the Grounds of the U.S. Capitol and in the U.S. Capitol building on January 6, 2021, obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce as those terms are used in Title 18, United States Code, Section

231(a)(3).  The term "commerce" means commerce (A) between any State or the District of Columbia and any place outside thereof; (B) between points within any State or the District of Columbia, but through any place outside thereof; or (C) wholly within the District of Columbia.

Under the Constitution, Congress has the exclusive power to enact laws for the District of Columbia.

### *Federally Protected Function*

The civil disorder on the Grounds of the U.S. Capitol and in the U.S. Capitol building on January 6, 2021, as described on pages 1-4, adversely affected a "federally protected function" as that term is used in Title 18, United States Code, Section 231(a)(3).  That means that the civil disorder adversely affected any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof.  The federally protected functions that were adversely affected included the following: the United States Capitol Police's protection of the U.S. Capitol and the Capitol grounds, and the United States Secret Service's protection of the Vice President of the United States and immediate family members of the Vice President.

### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police ("USCP") operates and maintains closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6,

2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

### *Body Worn Camera*

The body worn camera videos are created and maintained by the Metropolitan Police Department. They are accurate and were created using reliable methods. The video was not altered or edited in any way. The video footage, contained in Government Exhibit Series 400, is authentic in that it is what it purports to be. The recording software timestamps each recording with the date and time at which the footage is captured. The timestamps are accurate. The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### *U.S. Capitol Police & Congressional Montage Videos*

Government Exhibit 310 and Government Exhibit 128 are montage videos of the events at certain areas of the U.S. Capitol on January 6, 2021. The events depicted in the video montages are fair and accurate depictions of events at the U.S. Capitol on January 6, 2021. The timestamps on the recordings are accurate and the video footage, including radio run and Congressional record audio, is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

### *Open-Source Video Depictions*

Individuals attending the riot at the Capitol also used personal cameras to capture the events on January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021. The video footage is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

### *Oliveras's Digital Return & Parler Records*

The records from Parler are true and accurate copies of the subscriber records, account information, and correspondence, such as posts, messages, videos, chats, comments, reactions, and other communication to and from the Parler account @craftmetal, which the parties stipulate was created and continuously operated by the defendant, Michael Oliveras.

### *Standard Protocols for Device Extraction*

As part of this case, the FBI performed a digital forensic extraction of defendant Michael Oliveras's cell phone, Government Exhibit 601. The United States and defendant Oliveras agree and stipulate to the following:

1. Oliveras's cell phone number was ***-***-0435 from March 1, 2020, through at least January 29, 2021.
2. The FBI maintained proper chain of custody for Oliveras's cell phone throughout the pendency of this case.
3. The FBI employed proper and reliable techniques to extract the data from Oliveras's cell phone.

4. Government Exhibit 601 titled "Defendant Cell Phone Extraction," and all exhibits in the 600 series taken from that report, are accurate and authentic copies of digital content extracted from Oliveras's cell phone.

### *Defendant's Identification*

The defendant has stipulated that he is the person charged in the Indictment. On January 6, 2021, the defendant wore black Nike sweatpants with two white stripes down each leg; a red hooded sweatshirt with the work TRUMP across the chest; a red baseball cap with "MAKE AMERICA GREAT" and a "CNN Sucks" pin; red, white, and blue rimmed sunglasses, at times; a black backpack; and carried an American flag, at times. The below photographs are fair and accurate depictions of Michael Oliveras on grounds and/or in the building of the U.S. Capitol on January 6, 2021.




 





|  |  |
|---|---|
|  | Respectfully submitted, |
| FOR THE DEFENDANT | FOR THE UNITED STATES<br>MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| _____<br>William Shipley<br>Attorney for Defendant | _____<br>Ashley Akers<br>Trial Attorney<br>Victoria Sheets<br>Assistant United States Attorney |
| _____<br>Michael Oliveras<br>Defendant |  |

11