UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-cr-00738 (BAH) |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED VERDICT FORM**

We, the jury in the above-titled case, find the defendant [mark one]:

**Count One:**  Civil Disorder (18 U.S.C. § 231(a)(3))


_____                                   _____
Guilty                                                          Not Guilty


**Count Two:**  Obstruction of an Official Proceeding and Aiding and Abetting
(18 U.S.C. §§ 1512(c)(2) and 2)


_____                                   _____
Guilty                                                          Not Guilty


**Count Three:**  Assaulting, Resisting, or Impeding Certain Officers (18 U.S.C. § 111(a)(1))


_____                                   _____
Guilty                                                          Not Guilty


**Count Four:**  Entering and Remaining in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(1))


_____                                   _____
Guilty                                                          Not Guilty

**Count Five:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(2))

_____                    _____
Guilty                                    Not Guilty

**Count Six:**   Disorderly Conduct in a Capitol Building
(40 U.S.C. § 5104(e)(2)(D))

_____                    _____
Guilty                                    Not Guilty

**Count Seven:** Parading, Demonstrating, or Picketing in a Capitol Building
(40 U.S.C. § 5104(e)(2)(G))

_____                    _____
Guilty                                    Not Guilty

Date:        November ____, 2023          _____
                                          Signature of Foreperson