UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00738-BAH |
| ) | |
| MICHAEL OLIVERAS ) | |
| ) | |
| Defendant ) | |

**DEFENDANT OLIVERAS' NOTICE OF CONSENT FOR COUNSEL TO APPEAR
VIA VIDEO CONFERENCE**

NOW comes Defendant Oliveras by and through his counsel of record William L. Shipley Jr., and respectfully files this Notice of Defendant's Consent to Allow Counsel to Appear via Video Conference.

This matter is set for a Pretrial Conference before this Court on November 2, 2023 at 9:30.  *See* Minute Order 10/24/23.

As per this Court's instructions, undersign has conferred with Defendant Oliveras who has agreed for undersigned to appear via videoconference for this matter.

Dated: November 1, 2023					Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*