UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL CASE NO. 21-738 (BAH) |
| ) | |
| MICHAEL OLIVERAS ) | |
| ) | |
| Defendant ) | |

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _See attached exhibit list_

_Ashley Akers_
Attorney for the plaintiff

Date: 11-16-23

**Defendants:**

Exhibits: _See attached list - approved._

_[signature]_
Attorney for the defendant

Date: 11-16-23