| | | |
|---|---|---|
| Government | x | |
| Defendant | ☐ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.

MICHAEL OLIVERAS

Civil/Criminal No. 21-cr-738 (BAH)

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 00 Series | Stipulations | | | | |
| 001 | Stipulations | 11/14/23 | 11/14/23 | Summers | |
| 100 Series | General | | | | |
| 101 | Senate Cong Record | 11/14/23 | 11/14/23 | Hawa | |
| 102 | House Cong Record | 11/14/23 | 11/14/23 | Hawa | |
| 103 | Video Montage with Congressional Record | 11/14/23 | 11/14/23 | Hawa | |
| 104 | Closure of West Front | | | | |
| 105 | Map of Restricted Perimeter | 11/14/23 | 11/14/23 | Summers | |
| 106 | Capitol photo w signs | 11/14/23 | 11/14/23 | Summers | |
| 107 | Capitol Police Area Closed Sign | 11/14/23 | 11/14/23 | Summers | |
| 108 | Aerial Diagram of Capitol Grounds | 11/14/23 | 11/14/23 | Summers | |
| 109 | West Front Timelapse | 11/15/23 | 11/15/23 | Carli | |
| 110 | U.S. Capitol & Grounds 3D Rendering | 11/14/23 | 11/14/23 | Summers | |
| 111 | National Curfew Text Message (14:28:18 p.m. EST) | | | | |
| 112 | National Curfew Text Message (19:36:02 p.m. EST) | | | | |
| 113 | Mayor Bowser Emergency Alert - DC DHS Tweet.pdf | | | | |
| 114 | FEMA/DC DHS Certificate of Authenticity | | | | |
| 115 | Safeway Early Closure Notice for Washington DC stores 1/6/21 | | | | |
| 116 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1/5/21 to 1/7/21 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 117 | U.S. Capitol Grounds Map | 11/14/23 | 11/14/23 | Summers | |
| 118 | Safeway, Inc. Certificate of Authenticity | | | | |
| 119 | U.S. Capitol & Grounds 3D Rendering | | | | |
| 120 | DC Mayor Emergency - Curfew Decl.pdf | | | | |
| 121 | DC Mayor Curfew Order | | | | |
| 122 | 3 U.S.C. § 15 | | | | |
| 123 | 3 U.S.C. § 16 | | | | |
| 124 | 3 U.S.C. § 17 | | | | |
| 125 | 3 U.S.C. § 18 | | | | |
| 126 | Constitution, 12th Amendment | | | | |
| 127 | Senate Concurrent Resolution | | | | |
| 128 | Intentionally Left Blank | | | | |
| 129 | House Video Certification Affidavit | 11/14/23 | 11/14/23 | Haug | |
| 130 | Senate Certification | 11/14/23 | 11/14/23 | Haug | |
| 200 Series | Secret Service Exhibits | 11/14/23 | | | |
| 201 | HOS Notification - Visit of Vice President Michael Pence, Mrs. Pence, and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 | 11/14/23 | 11/14/23 | Haug | |
| 202 | USSS HOS Notification - Vice President Pence 01.06.21 (Redacted) | 11/14/23 | 11/14/23 | Haug | |
| 203 | CCTV footage of Vice President Pence's motorcade leaving East side of Capitol, 1:58:40 - 1:59:40 p.m. | | | | |
| 204 | CCTV footage of Vice President Pence and family exiting Senate Chamber, 2:25:47 - 2:26:20 p.m. | | | | |
| 205 | Video Montage with Secret Service Radio Communications | 11/14/23 | 11/14/23 | Haug | |
| 206 | CCTV: VP Leaving | 11/14/23 | 11/14/23 | Haug | |
| 300 Series | U.S. Capitol Police Video | 11/14/23 | 11/14/23 | Summers | |
| 301 | USCP Footage - Senate Wing Door (2:20 p.m.) | 11/14/23 | 11/14/23 | Summers | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 302 | USCP Footage - Senate Wing Door (2:38 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 302.1 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 302.2 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 302.3 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 302.4 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 302.5 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 302.6 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 302.7 | Screenshot of Ex 302 | 11/14/23 | 11/14/23 | Summers | |
| 303 | USCP Footage - Senate Wing Door (3:50 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 304 | USPC Camera - Crypt (2:29 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 304.1 | Screenshot of Ex 304 | 11/14/23 | 11/14/23 | Summers | |
| 305 | USPC Camera - Crypt South (2:40 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 305.1 | Screenshot of Ex 305 | 11/14/23 | 11/14/23 | Summers | |
| 305.2 | Screenshot of Ex 305 | 11/14/23 | 11/14/23 | Summers | |
| 306 | USCP Camera - Northwest Terrace | 11/14/23 | 11/14/23 | Summers | |
| 306.1 | Screenshot of Ex 306 | 11/14/23 | 11/14/23 | Summers | |
| 307 | USPC Camera - Crypt South (2:33 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 308 | USCP Camera - Northwest Terrace (4:18 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 308.1 | Screenshot of Ex 308 | 11/14/23 | 11/14/23 | Summers | |
| 309 | USCP Camera - Northwest Terrace (2:18 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 309.1 | Screenshot of Ex 309 | 11/14/23 | 11/14/23 | Summers | |
| 310 | USCP Video Montage with Radio Runs | 11/14/23 | 11/14/23 | Summers | |
| 311 | NW Terrace (4:18 p.m.) | 11/14/23 | 11/14/23 | Summers | |
| 400 Series | Body Worn Camera Footage (BWC) | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 401 | Officer Timothy Hargrove | 11/15/23 | 11/15/23 | Laelli | |
| 402 | Officer Joshua Wilson | | | | |
| 402.1 | Screenshot of Ex 402 | | | | |
| 403 | Officer Ryan Whelan | 11/15/23 | 11/15/23 | Laelli | |
| 403.1 | Screenshot of Ex 403 | 11/15/23 | 11/15/23 | Laelli | |
| 404 | Officer Rodgers Shipmon, Jr. | | | | |
| 404.1 | Screenshot of Ex 404 | | | | |
| 404.2 | Screenshot of Ex 404 | | | | |
| 405 | Officer Abdi Abdulkadir | | | | |
| 405.1 | Screenshot of Ex 405 | | | | |
| 406 | Officer Joseph Austin | | | | |
| 407 | Officer Christopher Boyle | | | | |
| 408 | Officer Noah Duckett | | | | |
| 409 | Officer David Pitt | | | | |
| 410 | Officer Robert Arroyo | | | | |
| 411 | Officer William Hackerman | | | | |
| 412 | Officer Paul Kovejo | | | | |
| 413 | Officer Brian Peake | | | | |
| 414 | Officer Brian Spooner | | | | |
| 415 | Officer Christopher Stokes | | | | |
| 416 | Officer Carlton Wilhoit | | | | |
| 417 | Officer Erick Garcia Burgos | | | | |
| 418 | Officer Anthony Campanale | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 418.1 | Screenshot of Ex 418 | | | | |
| 419 | Officer Thornton Linwood | | | | |
| 419.1 | Screenshot of Ex 419 | | | | |
| 419.2 | Screenshot of Ex 419 | 11/14/23 | 11/14/23 | Wickham | |
| 419.3 | Screenshot of Ex 419 | 11/14/23 | 11/14/23 | Wickham | |
| 420 | Officer Stephen Chih | | | | |
| 421 | Officer Thomas Meekins | | | | |
| 422 | Officer Kevin Romero | | | | |
| 423 | Officer Christopher Vanacore | | | | |
| 423.1 | Screenshot of Ex 423 | | | | |
| 423.2 | Screenshot of Ex 423 | | | | |
| 423.3 | Screenshot of Ex 423 | | | | |
| 423.4 | Screenshot of Ex 423 | | | | |
| 423.5 | Screenshot of Ex 423 | | | | |
| 423.6 | Screenshot of Ex 423 | | | | |
| 423.7 | Screenshot of Ex 423 | | | | |
| 423.8 | Screenshot of Ex 423 | | | | |
| 423.9 | Screenshot of Ex 423 | | | | |
| 424 | Officer Michael Phan | | | | |
| 425 | Officer Nieves | | | | |
| 426 | Officer Alberti | | | | |
| 427 | Officer Christopher Wickham | 11/14/23 | 11/14/23 | Wickham | |
| 427.1 | Officer Christopher Wickham 2 | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 500 Series | Third-Party and Open Source Footage | | | | |
| 501 | West Front | 11/15/23 | 11/15/23 | Laelli | |
| 501.1 | Screenshot of 501 | 11/15/23 | 11/15/23 | Laelli | |
| 502 | West Front 2 | 11/15/23 | 11/15/23 | Laelli | |
| 502.1 | Screenshot of 502 at :28 | | | | |
| 503 | West Front 3 | 11/15/23 | 11/15/23 | Laelli | |
| 503.1 | Screenshot of 503 at :29 | 11/15/23 | 11/15/23 | Laelli | |
| 504 | West Front 4 | 11/15/23 | 11/15/23 | Laelli | |
| 504.1 | Screenshot of 504 at .03 | 11/14/23 | 11/14/23 | Summers | |
| 505 | North Terrace | | | | |
| 506 | West Front 6 | 11/15/23 | 11/15/23 | Laelli | |
| 507 | West Front 7 | | | | |
| 508 | Photo: Oliveras Climbing | 11/15/23 | 11/15/23 | Laelli | |
| 509 | Intentionally Left Blank | | | | |
| 510 | Oliveras Crypt | | | | |
| 511 | Oliveras NW Courtyard | 11/15/23 | 11/15/23 | Laelli | |
| 512 | Oliveras NW Courtyard 2 | | | | |
| 513 | Oliveras NW Courtyard 3 | 11/14/23 | 11/14/23 | Wickham | |
| 514 | Oliveras NW Courtyard 4 | 11/14/23 | 11/14/23 | Heaney | |
| 515 | Oliveras NW Courtyard 5 | | | | |
| 516 | Oliveras NW Courtyard 6 | | | | |
| 517 | NW Courtyard 7 | | | | |
| 518 | NW Courtyard 8 | 11/14/23 | 11/14/23 | Heaney | |
| 518.1 | Screenshot of Ex 518 | 11/14/23 | 11/14/23 | Heaney | |
| 519 | NW Courtyard 9 | | | | |
| 520 | Photo: Oliveras NW Courtyard | 11/14/23 | 11/14/23 | Heaney | |
| 521 | Photo: Oliveras NW Courtyard 2 | | | | |
| 518.2 | Screenshot of Ex 518 | 11/14/23 | 11/14/23 | Heaney | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 522 | Oliveras Senate Wing Door | | | | |
| 523 | Oliveras Senate Wing Door 2 | 11/15/23 | 11/15/23 | Laelli | |
| 524 | Oliveras Senate Wing Door 3 | 11/14/23 | 11/14/23 | Amendola | |
| 524.1 | Screeenshot Oliveras Senate Wing Door | 11/14/23 | 11/14/23 | Amendola | |
| 525 | Oliveras Northeast Media Pen | 11/15/23 | 11/15/23 | Laelli | |
| 526 | Oliveras Northeast Media Pen 2 | | | | |
| 527 | Intentionally Left Blank | | | | |
| 528 | Oliveras Northeast | | | | |
| 529 | Oliveras East Plaza | 11/15/23 | 11/15/23 | Laelli | |
| 530 | Photo: Oliveras Close Up | 11/15/23 | 11/15/23 | Laelli | |
| 531 | Oliveras West Front 5 | 11/15/23 | 11/15/23 | Laelli | |
| 600 Series | Defendant Cell Phone and Social Media | | | | |
| 601 | Defendant Cell Phone Extraction | | | | |
| 602 | Defendant Consent to Search | | | | |
| 603 | Stipulation Regarding Return of Digital Media Evidence and Admissibility of Use of Digital Media Evidence | | | | |
| 604 | Cell Phone Video: Hallway in Capitol | 11/15/23 | 11/15/23 | Laelli | |
| 605 | Cell Phone Video: Outside Capitol | 11/15/23 | 11/15/23 | Laelli | |
| 606 | Cell Phone Video: Outside Capitol 2 | 11/14/23 | 11/14/23 | Amendola | |
| 607 | Cell Phone Video: Outside Capitol 3 | 11/15/23 | 11/15/23 | Laelli | |
| 608 | Cell Phone Video: Trump Speech | 11/15/23 | 11/15/23 | Kelly | |
| 609 | Cell Phone Video: Senate Wing Door 2 | 11/15/23 | 11/15/23 | Laelli | |
| 610 | Cell Phone Video: Senate Wing Door 3 | | | | |
| 611 | Cell Phone Video: Senate Wing Door 4 | | | | |
| 612 | Cell Phone Video: Senate Wing Door 5 | | | | |
| 613 | Cell Phone Video: Senate Wing Door 6 | 11/15/23 | 11/15/23 | Laelli | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 614 | Cell Phone Video: PA Rally | 11/15/23 | 11/15/23 | Lueller | |
| 615 | Cell Phone Video 1 | 11/15/23 | 11/15/23 | Lacelli | |
| 616 | Cell Phone Video 2 | 11/15/23 | 11/15/23 | Lacelli | |
| 617 | Parler Return | | | | |
| 618 | Parler Summary Exhibit | 11/15/23 | 11/15/23 | Lueller | |
| 619 | Intentionally Left Blank | | | | |
| 620 | Intentionally Left Blank | | | | |
| 621 | Intentionally Left Blank | | | | |
| 622 | Intentionally Left Blank | | | | |
| 623 | Parler Video 1 | 11/15/23 | 11/15/23 | Lacelli | |
| 624 | Parler Video 2 | | | | |
| 625 | Parler Video 3 | | | | |
| 626 | Parler Photo 1 | | | | |
| 627 | Parler Photo 2 | | | | |
| 628 | Parler Photo 3 | | | | |
| 629 | Parler Photo 4 | | | | |
| 630 | Parler Photo 5 | | | | |
| 631 | Parler Photo 6 | | | | |
| 632 | Parler Photo 7 | | | | |
| 633 | Parler Photo 8 | 11/15/23 | 11/15/23 | Lacelli | |
| 634 | Parler Photo 9 | | | | |
| 635 | Intentionally Left Blank | | | | |
| 636 | Intentionally Left Blank | | | | |
| 637 | Intentionally Left Blank | | | | |
| 638 | Intentionally Left Blank | | | | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 639 | Video 3 | 11/14/23 | 11/14/23 | Heaney | |
| 700 Series | Other | | | | |
| 701 | Defendant FBI Interview [Clipped] | | | | |
| 701.1 | Defendant FBI Interview [Clipped] | | | | |
| 701.2 | Defendant FBI Interview [Clipped] | | | | |
| 701.3 | Defendant FBI Interview [Clipped] | | | | |
| 701.4 | Defendant FBI Interview [Clipped] | | | | |
| 701.5 | Defendant FBI Interview [Clipped] | | | | |
| 701.6 | Defendant FBI Interview [Clipped] | | | | |
| 702 | Defendant Plea Paperwork | | | | |
| 703 | C-SPAN Footage Trump Speech | 11/15/23 | | | |
| 704 | First Floor Map USCP | 11/14/23 | 11/14/23 | Summers | |
| 800 Series | Photographs | | | | |
| 801 | Intentionally Left Blank | | | | |
| 802 | Search Warrant Photographs | 11/15/23 | 11/15/23 | Lulley | |
| 803 | Intentionally Left Blank | | | | |
| 804 | Photo: Oliveras | | | | |
| 805 | Photo: Oliveras | | | | |
| 806 | Photo: Oliveras | 11/15/23 | 11/15/23 | Lulley | |
| 807 | Photo: Officer Amendola | 11/14/23 | 11/14/23 | Amendola | |
| 900 Series | Physical Evidence | | | | |
| 901 | Red Baseball Cap with "Make America Great" Logo | | | | |
| 902 | Red Hooded Sweatshirt with Trump logo | 11/15/23 | 11/15/23 | Lulley | |

| Exhibit Number | Description Of Exhibits | Marked For Identification | Received Evidence | Witness | Exhibits Entered (Date & Time) |
|---|---|---|---|---|---|
| 903 | American Flag | | | | |
| 904 | Black Backpack | | | | |
| 905 | White Pin with "CNN Sucks" logo | | | | |
| 1000 Series | Enhanced Exhibits | | | | |
| 1001 | Enhanced Exhibit 1 | | | | |
| 1002 | Enhanced Exhibit 2 | 11/14/23 | 11/14/23 | Wickham | |
| 1003 | Enhanced Exhibit 3 | | | | |
| 1004 | Enhanced Exhibit 4 | | | | |
| 1005 | Enhanced Exhibit 5 | 11/14/23 | 11/14/23 | Wickham | |
| 1006 | Enhanced Exhibit 6 | 11/15/23 | 11/15/23 | Laelli | |
| 1007 | Enhanced Exhibit 7 | | | | |
| 1008 | Enhanced Exhibit 8 | | | | |
| 1009 | Enhanced Exhibit 9 | 11/15/23 | 11/15/23 | Laelli | |