CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL OLIVERAS

Criminal No.: 21CR738 (BAH)

### NOTE FROM JURY

Reached Verdict

Date: 11/16/23
Time: 2:45 pm

FOREPERSON

#7