UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL OLIVERAS,<br><br>Defendant. | Criminal Case No. 21-738 (BAH)<br><br>Judge Beryl A. Howell |

### VERDICT FORM

**COUNT ONE:** Civil Disorder, 18 U.S.C. § 231(a)(3)

With respect to the offense of Civil Disorder, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY      __X__ GUILTY

If you find defendant Michael Oliveras GUILTY of Count One, answer the following questions:

On Count One, do we, the members of the jury, unanimously agree that the civil disorder obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce?

__X__ YES   _____ NO

On Count One, do we, the members of the jury, unanimously agree that the civil disorder obstructed, delayed, or adversely affected the conduct or performance of a federally protected function?

__X__ YES   _____ NO

**COUNT TWO:** Obstruction or Attempted Obstruction of an Official Proceeding and Aiding and Abetting, 18 U.S.C. §§ 1512(c)(2), 2

With respect to the offense of Obstruction or Attempted Obstruction of an Official Proceeding and Aiding and Abetting, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY      __X__ GUILTY

**COUNT THREE:** Assaulting, Resisting, or Impeding Certain Officers, 18 U.S.C. § 111(a)(1)

With respect to the offense of Assaulting, Resisting, or Impeding Certain Officers, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY      __X__ GUILTY

1

**COUNT FOUR:** Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY        __X__ GUILTY

**COUNT FIVE:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)

With respect to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY        __X__ GUILTY

**COUNT SIX:** Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)

With respect to the offense of Engaging in Disorderly Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY        __X__ GUILTY

**COUNT SEVEN:** Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G)

With respect to the offense of Parading, Demonstrating, or Picketing in a Capitol Building, we, the members of the jury, unanimously find defendant Michael Oliveras:

_____ NOT GUILTY        __X__ GUILTY

DATE/TIME: 11/16/23

FOREPERSON'S SIGNATURE