UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00738-BAH |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion for Extension of Time to File Sentencing Memorandum. The sentencing for defendant Michael Oliveras is currently scheduled for March 15, 2024. The parties' sentencing memorandum are due today, March 4, 2024. ECF No. 15. We respectfully request an extension of time of one week, to and including March 11, 2024, to file our sentencing memorandum. The government contacted defense counsel on March 4, 2024, to obtain the defense's position on this motion but we have not yet heard back; given the impending deadline, we are filing this motion at this time.

Good cause supports this request.

As the Court knows, the defendant in this case was convicted of 18 U.S.C. § 1512(c)(2). The Final Presentence Investigation Report guidelines calculations for the Section 1512(c)(2) charge, which is the lead charge in this case, includes a three-level enhancement under U.S.S.G. § 2J1.2(b)(2) for "substantial interference with the administration of justice." ECF No. 98, PSR ¶ 61. Neither party submitted objections to the three-level enhancement.

On Friday, March 1, 2024, the United States Circuit Court for the District of Columbia issued *United States v. Brock*, No. 23-3045, 2024 WL 875795 (D.C. Cir. March 1, 2024). In *Brock*,

the defendant was convicted of, among other crimes, 18 U.S.C. § 1512(c)(2). At sentencing, the district court applied a three-level sentencing enhancement to Brock's Section 1512(c)(2) conviction on the ground that Brock's conduct resulted in "substantial interference with the administration of justice[.]" *Brock*, 2024 WL 875795 at *1. The D.C. Circuit held that the three-level enhancement under U.S.S.G. § 2J1.2(b)(2) for "substantial interference with the administration of justice" does "not encompass Congress's role in the electoral certification process." *Brock*, 2024 WL 875795 at *8. Thus, the D.C. Circuit vacated defendant Brock's sentence and remanded to the district court for resentencing. *Id.*

The ruling in *Brock* implicates the sentencing guidelines in this case. As the Court knows, the government's recommended sentencing guidelines calculations in January 6 cases involving convictions under 18 U.S.C. § 1512(c)(2) has consistently included the application of the three-level enhancement under Section 2J1.2(b)(2), as well as its eight-point corollary under §2J1.2(b)(1)(B). Consistent with the PSR, the government intended to recommend the application of the three-level enhancement in this case too where the lead charge is – or was – Section 1512(c)(2). Since the issuance of the *Brock* opinion on Friday, March 1, the government has expeditiously reviewed and assessed the implications of the opinion on the guidelines calculations in this case and other January 6 cases involving Section 1512(c)(2). However, the government requires additional time to continue to assess the implications of the *Brock* decision (including its appellate options), draft an updated sentencing memorandum, receive supervisory review and approval, and file the sentencing memorandum.

The government anticipates that an extension of time of one week, to and including March 11, 2024, will be sufficient. Consistent with the timing set forth in the Court's standing order, if

2

the government's request is granted, the parties will file any responsive memorandum by March 13, 2024. The government remains available to appear for sentencing on March 15, 2024. However, if the proposed amended schedule does not permit adequate time for the Court to review the parties' sentencing papers, the parties can provide additional availability for sentencing in the near future.

    WHEREFORE, the government respectfully requests that this Court grant the motion to for extension to file sentencing memorandum.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar Number 481052

                            By: */s/ Ashley Akers*
                                          ASHLEY AKERS
                                          Trial Attorney
                                          District of Columbia – Detailee
                                          Missouri Bar No. 69601
                                          601 D Street NW
                                          Washington, DC 20001
                                          (202) 353-0521
                                          Ashley.Akers@usdoj.gov