UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No.   1:21-cr-00738-BAH |
| | : | |
| **MICHAEL OLIVERAS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO RESCHEDULE SENTENCING

The parties jointly move this Court to reschedule the sentencing of defendant Michael Oliveras, currently scheduled for March 29, 2024.

On the government requested an extension to file our sentencing memorandum, in light of the recent decision in *United States v. Brock*, No. 23-3045, 2024 WL 875795 (D.C. Cir. March 1, 2024). The Court granted the government's motion and re-scheduled sentencing on March 29, 2024. Unfortunately, the government counsel is scheduled to be in trial on that date in *United States v. Cook*, 23-cr-138, and alternate government counsel is also unavailable on that date. Additionally, defense counsel, who does not live in Washington, D.C., is not scheduled to be in Washington, D.C. on that date and another date would save resources and time.

As such, the parties jointly respectfully request that the Court reschedule the sentencing date. The parties have conferred and inquired regarding the Court's availability, and respectfully requests that the sentencing be held on March 21, 2024. If the Court is not available on that date, the parties can submit dates of additional availability.

WHEREFORE, the parties respectfully request that this Court grant the motion to reschedule the sentencing date.

Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By: */s/ Ashley Akers*
     ASHLEY AKERS
     Trial Attorney
     District of Columbia – Detailee
     Missouri Bar No. 69601
     601 D Street NW
     Washington, DC 20001
     (202) 353-0521
     Ashley.Akers@usdoj.gov