UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00738-BAH |
| ) | |
| **MICHAEL OLIVARES** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### DEFENDANT MICHAEL OLIVARES' *UNOPPOSED* MOTION TO RESET SENTENCING HEARING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Michael Olivares, by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests this Court to grant his Motion to Reset his sentencing hearing currently scheduled for April 5, 2024, at 9:00 am.

Due to changes to the PSR and the parties' Sentencing Statements necessitated by *United States v. Brock*, this Court vacated the sentencing hearing for Defendant Olivares that was set for March 21, 2024 [check this date].  The Court rescheduled the sentencing to take place on April 5, 2024.

Counsel for Mr. Olivares has a long-planned family event scheduled for the weekend of April 5-7, 2024, in Visalia, California.  Traveling to the District Court for the District of Columbia for the Olivares sentencing hearing on April 5 would significantly disrupt that event as he would likely be unable to return to California until late in the day on April 6, and would be absent from a majority of the event.

Counsel for Mr. Olivares is already scheduled to be back in the District of Columbia from April 9 to April 12, 2024, and is available any of those days other than the afternoon of April 9.

Undersigned counsel has conferred with Government Counsel AUSA Ashley Akers, and the Government has no objection to continuing the sentencing hearing, but AUSA Akers is available only on April 10, as she has overseas travel plans beginning on April 11.

Based on the foregoing, Defendant Olivares requests this Court to grant this motion to reset his sentencing hearing to April 10, 2024, or to another date available on the Court's calendar.

Dated: March 19, 2024                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*