UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.  1:21-cr-00738-BAH |
| : | |
| MICHAEL OLIVERAS, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States of America and counsel for defendant Michael Oliveras hereby move this Court continue the sentencing of defendant Michael Oliveras, currently scheduled for April 18, 2024.

The defendant is currently dealing with a medical/psychological situation requiring in-patient observation. It is unclear when the defendant will be released from medical care. Thus, the parties agree that a short continuance of the upcoming sentencing will further the interests of justice.[1]

Additionally, even if the defendant were released from medical care within the next week prior to the scheduled sentencing, defense counsel will require additional time to consult with his client as to the appropriate next steps given the recent events that led to the defendant's medical/psychological situation requiring in-patient observation. More, given those recent events in this case, the government believes that continuity of counsel at this sentencing is incredibly important in this matter, and undersigned counsel will be unavailable to appear on

---

[1] If the Court seeks more information, the parties can file additional materials under seal.

behalf of the government at a sentencing hearing on April 18.[2]

As such, the parties jointly respectfully request that the Court continue the upcoming sentencing hearing. Because the parties do not know when the defendant's medical evaluation will be complete, the parties respectfully request the Court to continue sentencing beyond April 18, 2024, and order the parties to file a status report within 48 hours of the defendant's release from medical custody, detailing the proposed next steps.

WHEREFORE, the parties respectfully request that this Court grant the motion to continue the scheduled sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Ashley Akers
 ASHLEY AKERS
Trial Attorney
District of Columbia – Detailee
Missouri Bar No. 69601
601 D Street NW
Washington, DC 20001
(202) 353-0521
Ashley.Akers@usdoj.gov

---

[2] The sentencing was previously scheduled for April 5, 2024. However, defense counsel moved to reschedule the sentencing hearing because defense counsel had a "long-planned family event" that would make it difficult for him to travel to Washington, D.C. on April 5. ECF No. 107. Defense counsel noted that undersigned counsel for the government had international travel booked beginning on April 11 (through April 24). *Id.* at 3. Taking into account government counsel's and defense counsel's schedules, defense counsel requested that the sentencing be held on April 10, 2024. The Court rescheduled the sentencing to April 18, 2024. Given undersigned government counsel's already-booked travel plans, undersigned counsel intended to have another AUSA fill in for the sentencing hearing so that the case would not be further delayed. However, recent developments in this case has made that plan untenable, and the government believes continuity of counsel is in the best interest of the parties.