UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00738-BAH |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

# ORDER

The parties have filed a motion requesting the Court to continue sentencing in the above captioned case. The Court determines that a continuance of sentencing will further the interests of justice.

It is therefore ORDERED that the motion to continue sentencing is hereby GRANTED.

It is further ORDERED that within 48 hours of the defendant's release from custody at Cooper University Health Care Hospital, the parties will file a status report providing an update to the Court and proposing a schedule for sentencing or other actions as deemed necessary.

_____
THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

1