UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00738-BAH |
| | : | |
| MICHAEL OLIVERAS, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT AND MOTION TO SET STATUS HEARING**

The United States of America and counsel for defendant Michael Oliveras submit this status report and hereby move this Court to set a status hearing for defendant Michael Oliveras at a date of the Court's convenience on or after May 1, 2024.[1]  The government has discussed the situation with defense counsel, and defense counsel has no objection to setting a status conference in the agreed-upon time frame.

The defendant is still dealing with a medical/psychological situation and was released from in-patient observation mid-morning earlier today on April 16, 2024.  Mr. Oliveras has been picked up by the United States Marshals upon release and is being transported to his initial appearance in New Jersey.  The government plans to move to detain Mr. Oliveras at his initial appearance today until the next hearing date.  Defense counsel anticipates several issues that need to be addressed with Mr. Oliveras prior to sentencing.[2]

Thus, the parties agree that a short continuance of the sentencing will further the interests

---

[1] Defense counsel is not available to appear prior to May 1, 2024.  Separately, both government counsel have trials starting May 6, 2024—and would appreciate that any hearing set during that week (May 6 - May 10, 2024) be set during the lunch hour if possible.

[2] If the Court seeks more information, the parties can file additional materials under seal.

of justice, and further that a status hearing in the interim at the Court's convenience would be appropriate to ensure that defense counsel has time to address these developing issues with his client.

As such, the parties jointly respectfully request that the Court set a status hearing on or after May 1, 2024.

WHEREFORE, the parties respectfully request that this Court grant the motion to continue the scheduled sentencing.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By: /s/ *Victoria A. Sheets*
        VICTORIA A. SHEETS
        Assistant United States Attorney
        NY Bar No. 5548623
        601 D Street NW
        District of Columbia, DC 20530
        (202) 252-7566
        Victoria.Sheets@usdoj.gov

        ASHLEY AKERS
        Trial Attorney
        District of Columbia – Detailee
        Missouri Bar No. 69601
        601 D Street NW
        Washington, DC 20001
        (202) 353-0521
        Ashley.Akers@usdoj.gov