## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00738-BAH** |
| | ) | |
| **MICHAEL OLIVERAS** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT OLIVERAS' MOTION TO CONTINUE STATUS HEARING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Michael Oliveras, by and through his counsel of record William L. Shipley Jr., and respectfully files this Motion to Continue Status Conference in this case scheduled for May 3, 2024.

As this Court is aware, undersigned counsel travels from both California and Hawaii when necessary to attend in-person hearings before Judges in the District of Columbia.  For the week of April 30, 2024, the undersigned counsel had on calendar the rendering of a verdict on May 1, 2024, in *United States v. Kenyon*, 23-cr-00101- ABJ; on May 2, 2024, a sentencing hearing in *United States v. Bozell*, 12-cr-00261- JEB; and the in-person status conference in this matter to address the developments over the prior 20 days.

The *Kenyon* and *Bozell* matters have now been continued by Judge Jackson and Judge Bates, leaving this matter as the only in-person hearing for the undersigned counsel on the upcoming trip.

Without addressing specific details here, it is the intention of the undersigned counsel to move for a mental health examination of Mr. Oliveras pursuant to 18 U.S.C. Sec. 4142(b).  While Mr. Oliveras has been discharged into the custody of the United States Marshall, recent events do create an issue as to whether counsel can provide "effective assistance" to Mr. Oliveras as that requires that Mr. Oliveras be able to "assist properly in his defense."  Id.

The undersigned has discussed this issue with Counsel for the Government, and there is general agreement that it is likely necessary for Mr. Oliveras' current capacity to meaningfully assist undersigned counsel be medically evaluated before proceeding with setting a new sentencing date. Undersigned counsel is in the process of obtaining the medical records relevant

to Mr. Oliveras' recent hospital stay and needs those records not only for that motion, but also to address the preliminary steps taken by the Court to revoke Mr. Oliveras' conditions of pretrial release pending sentencing.

Based on the foregoing, undersigned counsel respectfully requests that the Status Conference set for May 3, 2024, be vacated; that counsel for both parties shall submit by that date a joint Status Conference Statement as to whether "reasonable cause" already exists under Sec. 4241(a) for this Court to order an examination under Sec. 4241(b) prior to sentencing; and if no such examination is warranted, proposed dates for a hearing on whether Mr. Oliveras' conditions of release should be revoked and/or dates for his sentencing hearing.

Dated: April 25, 2024

Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*