UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | Criminal Case No. 21-738 (BAH) |
| **MICHAEL OLIVERAS** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the oral motion by Defendant at the status conference held on May 3, 2024, to which motion the government does not object, for an examination of the mental competency of Defendant, pursuant to 18 U.S.C. § 4241, and the representations made in support thereof, on this 3rd day of May, 2024, it is hereby--

**ORDERED** that Defendant be examined by the psychological or psychiatric staff of the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to:

(1) Whether Defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2) If the answer to the preceding question is in the negative, whether the examining clinical psychologist believes Defendant should be transferred to a mental facility for further examination and treatment.

The Court requests, but does not order, that the report generated as a result of this initial screening be completed by **May 16, 2024**, subject to the availability of staff resources to honor this request. The Court shall make the report available to the parties.

It is further **ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the preliminary competency examination and report. The AUSA should coordinate payment through Tina Wall and/or Sallie Rynas of the United States Attorney's Office for the District of Columbia.

It is further **ORDERED** that the parties shall appear for a further hearing on this matter on **June 13, 2024 at 9:30 AM**, before the undersigned in Courtroom 26A.

**SO ORDERED**.

Date:  May 3, 2024

                                        **BERYL A. HOWELL**
                                        United States District Judge