UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.  1:21-cr-00738-BAH |
| : | |
| MICHAEL OLIVERAS, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America hereby moves this Court continue the sentencing of defendant Michael Oliveras, currently scheduled for July 11, 2024.  Counsel for Michael Oliveras has been consulted and does not oppose the motion.

In light of the recent decision in *Fischer v. United States*, No. 23-5572 (S. Ct. June 28, 2024), the government respectfully requests that the Court continue the sentencing and deadline to file supplemental briefing.

While the defendant's conviction for 18 U.S.C. § 111 will likely drive the guidelines analysis, in light of *Fischer*, the government will need additional time to determine the interplay of the remand in *Fischer* and the facts of this case.  Out of judicial economy, we therefore seek an extension of the supplemental memorandum, and a continuance of the sentencing.

As such, the government respectfully requests that the Court continue sentencing beyond July 11, 2024, and order the parties to file a joint status report by July 17, 2024, detailing the proposed next steps.

WHEREFORE, the government respectfully requests that this Court grant the unopposed motion to continue the scheduled sentencing.

Respectfully submitted,

|  |  |
|---|---|
|  | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar Number 481052 |
| By: | /s/ *Victoria A. Sheets*<br>VICTORIA A. SHEETS<br>Assistant United States Attorney<br>NY Bar No. 5548623<br>601 D Street NW<br>District of Columbia, DC 20530<br>(202) 252-7566<br>Victoria.Sheets@usdoj.gov |
|  | ASHLEY AKERS<br>Trial Attorney<br>District of Columbia – Detailee<br>Missouri Bar No. 69601<br>601 D Street NW<br>Washington, DC 20001<br>(202) 353-0521<br>Ashley.Akers@usdoj.gov |