UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-00738 (BAH) |
| : | |
| MICHAEL OLIVERAS, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF SUPPLEMENTAL
SENTENCING MEMORANDA AND POSTPONEMENT OF SENTENCING**

On July 2, 2024, this Court directed the parties to jointly submit by July 17, 2024 a status report detailing their proposed next steps. Minute Order 7/2/2024 (D.D.C. July 2, 2024). Sentencing was also postponed from July 11, 2024 (with supplemental memoranda due July 1, 2024) to August 9, 2024 (with supplemental memoranda due August 1, 2024). Minute Order 7/2/2024 (D.D.C. July 2, 2024). The Supreme Court issued its decision in *Fischer v. United States*, No. 23-5572, on Friday, June 28, 2024.

The parties jointly request that the supplemental sentencing memoranda schedule be extended for 60 days and that the sentencing be postponed to the week of September 23, 2024 (both government counsel have trial beginning September 16, 2024) or after at the Court's convenience. The government is still evaluating the Supreme Court's decision, which affects many defendants in this prosecution. In *Fischer*, the Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." However, the Court did not reject the application of 1512(c)(2) to January 6. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding—such as witness testimony or intangible information—or attempted to do so. The Supreme Court

has remanded the case to the D.C. Circuit for further proceedings. Through those further proceedings, the Court of Appeals will interpret the scope of the statute in light of this decision. Out of respect for judicial economy, and to ensure a uniform and consistent approach before each judge of the District and Circuit, the government will evaluate its approach to 1512(c)(2) carefully.

For these reasons, the parties jointly respectfully request that the Court extend the due date to file their supplemental sentencing memoranda by 60 days; and postpone the sentencing until September 23, 2024 or after.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ *Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street NW
District of Columbia, DC 20579
(202) 252-7566
Victoria.Sheets@usdoj.gov


ASHLEY AKERS
Trial Attorney
District of Columbia – Detailee
Missouri Bar No. 69601
601 D Street NW
Washington, DC 20579
(202) 353-0521
Ashley.Akers@usdoj.gov


WILLIAM LEE SHIPLEY, JR.
Law Offices of William L. Shipley
PO Box 745
Kailua, HI 96734
808-228-1341
808Shipleylaw@gmail.com