UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00738-BAH |
| ) | |
| MICHAEL OLIVARES ) | |
| ) | |
| Defendant ) | |

# DEFENDANT MICHAEL OLIVARES' UNOPPOSED MOTION TO RESET SENTENCING HEARING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Michael Olivares, by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests this Court to grant this Unopposed Motion to Reset his Sentencing Hearing currently scheduled for October 24, 2024, at 9:30 am.

On September 3, 2024, this Court rescheduled the Sentencing Hearing for Mr. Olivares from October 18, 2024, to October 24, 2024.

Undersigned counsel is scheduled to begin trial on October 28, 2024, in *United States v. Patterson*, 21-cr-000111 (DKW) in the District of Hawaii. An in-person Final Pretrial Conference in that matter is set for October 21, 2024. The sentencing hearing set by this Court would require counsel to travel from Honolulu, Hawaii, to the District of Columbia between that Pretrial Conference and the first day of jury selection in the *Patterson* case.

Undersigned has conferred with Government Counsel and this Court's staff, and both have identified October 3, 2024, as a date available to all for the Sentencing Hearing of Mr. Olivares.

Wherefore, Defendant Olivares respectfully requests this Court grant his Motion to Reset the Sentencing Hearing and issue an order resetting it for October 3, 2024, preferable in the morning if time is available on the Court's calendar.

Dated: September 19, 2024 	Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*