UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 21-cr-00738-BAH |
| ) | |
| **MICHAEL OLIVERAS** ) | |
| ) | |
| **Defendant** ) | |

**DEFENDANT OLIVERAS' NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Michael Oliveras, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgement of this Court entered on October 4, 2024.

Dated: October 10, 2024                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1